**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In re: )
David Brian Miller ) Case No. 23-20725
    Debtor. ) Chapter 11

## <u>NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON MOTION</u>
## <u>FOR RELIEF FROM STAY OR COMFORT ORDER</u>

NOTICE IS HEREBY GIVEN that if no written objection and/or response thereto is filed with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before August 2, 2023, the above motion will be granted by entry of an order to be prepared and submitted by counsel for movant. **If an objection is timely filed, a Non-Evidentiary hearing will be held** before the U.S. Bankruptcy Court, 500 State Avenue, Ste. 151, Kansas City, Kansas, 66101, on August 10, 2023 at 1:46 o'clock, p.m., or as soon thereafter as the same may be heard.

Please be advised that a hearing will not be held unless an objection and/or response is timely filed with the Clerk. If an objection is filed, counsel shall appear at such hearing unless an order executed by all parties is submitted in advance.

*McDowell, Rice, Smith & Buchanan P.C.*

By: */s/ Hugh L. Marshall*
   Hugh L. Marshall  KS #19020
   605 W. 47th Street, Suite 350
   Kansas City, Missouri  64112
   816/753-5400   FAX: 816/753-9996
   hmarshall@mcdowellrice.com
   ATTORNEY FOR DAVID L. MILLER

## <u>CERTIFICATE OF MAILING</u>

The undersigned certifies that on June 30, 2023, a true and correct copy of the Notice with Opportunity for Non-Evidentiary Hearing on Motion for Relief From Stay or Comfort Order was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

Further, I certify that on June 30, 2023, copies of the Notice with Opportunity for Non-Evidentiary Hearing on Motion for Relief From Stay or Comfort Order were forwarded via electronic mail if shown below, and if not, then by U.S. Mail, first class, postage prepaid and properly addressed to the following:

**Via US Mail:**
David Brian Miller
13124 Meadow Lane
Leawood, KS 66209
DEBTOR

Ryan Blay
WM Law
15095 W 116th Street
Olathe, KS 66062
Email:  blay@wagonergroup.com
ATTORNEY FOR DEBTOR

OFFICE OF THE U.S. TRUSTEE
301 N. Main, Suite 1150
Wichita, Kansas 67202
Email:  ustpregion20.wi.ecf@usdoj.gov
U.S. TRUSTEE

Richard A Kear
DOJ-Ust
301 N. Main Street, Ste 1150
Wichita, Kansas 67202
Email:  Richard.kear@usdoj.gov

John Nemecek
DOJ-Ust
301 N. Main Street, Ste 1150
Wichita, Kansas 67202
Email:  john.nemecek@usdoj.gov

Jordan M Sickman
DOJ-Ust
301 N. Main Street, Ste 1150
Wichita, Kansas 67202
Email:  jordan.sickman@usdoj.gov

*/s/ Hugh L. Marshall*
Hugh L. Marshall #19020

2