**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

In re:    DAVID BRIAN MILLER      )    Case No. 23-20725-DLS
        Debtor and Debtor-in-Possession      )    Chapter 11 (Voluntary), Subchapter V

**DEBTOR'S OBJECTION TO MOVANT DAVID L. MILLER'S MOTION**
**FOR RELIEF FROM STAY OR COMFORT ORDER (DOC. #14)**

**COMES NOW** David Brian Miller, the Debtor and Debtor-in-possession herein (hereinafter the "Debtor") by and through his undersigned counsel, and for his Objection to movant, David L. Miller's (hereinafter "Movant"), Motion for Relief from Stay or Comfort Order, the Debtor represents the following:

1.    Debtor admits Paragraphs 1-7 of the Movant's motion.

2.    As to Paragraph 8 of the movant's motion, Debtor denies, specifically asserting that Movant waived all payments due and as such, no payments were due and owing since early payments were tendered to Movant by Debtor.

3.    As to Paragraph 9 of the Movant's motion, Debtor denies the allegation as being incorrect as a matter of law.  The Debtor's equitable interest under the Contract for Deed in the subject property is property of the Bankruptcy Estate.

4.    As to Paragraphs 10 and 11 of Movant's motion, Debtor admits the documents speak for themselves and are copies of the documents referenced.

5.    As to Paragraph 12 of Movant's motion, Debtor admits.

6.    As to Paragraph 13 of Movant's motion, Debtor denies the allegation as being incorrect as a matter of law and fact.

7.    As to Paragraph 14 of Movant's motion, Debtor denies.  Specifically, Debtor denies that Movant has sought adequate protection payments (having filed the subject motion just days after the petition for relief was filed, and having not attempted to communicate with counsel or take other affirmative action). Further, by Movant's waiver of any payments due, it is unclear exactly what Movant would accept as adequate protection payments.

11.  As to paragraphs 15 and 16 of Movant's motion, Debtor admits that the relief being sought by the Movant is what was specified, but denies that such relief is appropriate.

**WHEREFORE**, the Debtor respectfully requests this Court enter an order denying the Movant's Motion with prejudice and grant any other relief appropriate under the circumstances.

**AFFIRMATIVE DEFENSES TO MOVANT'S MOTION**

1.  Laches

2.  Payments by Debtor - Debtor has paid real estate taxes and maintained homeowner's insurance on the subject premises consistently up through the filing of the Chapter 11 petition for relief.

3.  Payments by Debtor - Debtor paid $40,000 for kitchen remodeling in February 2017, contributing to the real estate's increased value.  Debtor also has made other home improvements beyond basic maintenance.

Dated: July 17, 2023

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
PROPOSED ATTORNEYS FOR DEBTOR AND
DEBTOR-IN-POSSESSION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on Monday, July 17, 2023 by providing an electronic copy to all parties authorized to receive CM/ECF Electronic Notice.

s/ Ryan A. Blay
Proposed Counsel for Debtor