Schilling Law, LLC
1321 Central Ave.
Kansas City KS 66102

# United States Bankruptcy Court
### District of Kansas

In re **David Brian Miller**                                    Case No. **23-20725**
Debtor(s)                            Chapter **11**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **August 15, 2023**            **/s/ David Brian Miller**
                                     **David Brian Miller**
                                     Signature of Debtor