**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| In re: | ) |
| David Brian Miller | )    Case No. 23-20725 |
|      Debtor. | )    Chapter 11 |

## CERTIFICATE OF SERVICE

On August 22, 2023, Defendant, David B. Miller through attorney Hugh L. Marshall, of

the law firm of McDowell Rice Smith & Buchanan P.C., served: ***David L. Miller's First Set of***

***Interrogatories to Debtor David B. Miller***, in the above-mentioned case, in both PDF and Word

format to counsel of record, via electronic mail.

OFFICE OF THE U.S. TRUSTEE
301 N. Main, Suite 1150
Wichita, Kansas 67202
Email: ustpregion20.wi.ecf@usdoj.gov
U.S. TRUSTEE

Ryan Blay
WM Law
15095 W 116th Street
Olathe, KS 66062
Email: blay@wagonergroup.com
ATTORNEY FOR DEBTOR

John Nemecek
DOJ-Ust
301 N. Main Street, Ste 1150
Wichita, Kansas 67202
Email: john.nemecek@usdoj.gov

Richard A Kear
DOJ-Ust
301 N. Main Street, Ste 1150
Wichita, Kansas 67202
Email: Richard.kear@usdoj.gov

Jordan M Sickman
DOJ-Ust
301 N. Main Street, Ste 1150
Wichita, Kansas 67202
Email: jordan.sickman@usdoj.gov

Respectfully submitted,

**McDowell, Rice, Smith & Buchanan P.C.**
By: */s/ Hugh L. Marshall*
Hugh L. Marshall, KS Bar # 19020
605 West 47thStreet, Suite 350
Kansas City, MO 64112
(816) 753-5400
(816) 753-9996 FAX
hmarshall@mcdowellrice.com
ATTORNEYS FOR PLAINTIFF