**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| In re: | ) | |
| David Brian Miller | ) | Case No. 23-20725 |
|   Debtor. | ) | Chapter 11 |

**<u>CERTIFICATE OF SERVICE OF DEBTOR DAVID BRIAN MILLER'S FIRST
INTERROGATORY RESPONSES TO MOVANT DAVID L. MILLER</u>**

I, the undersigned, hereby certify that true and correct copy of the Debtor's Responses to the First Set of Interrogatories by Movant, David L. Miller, were served in PDF format via email this **5th day of September, 2023**, on the following persons:

Hugh L. Marshall,
605 West 47th Street,
Suite 350
Kansas City, MO 64112
hmarshall@mcdowellrice.com
ATTORNEYS FOR PLAINTIFF

Dated: September 5, 2023        Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR-DEFENDANT