**SO ORDERED.**

**SIGNED this 21st day of September, 2023.**



_Dale L. Somers_
Dale L. Somers
United States Chief Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

In re:   David B. Miller                           )   Case No. 23-20725-dls12
                    DEBTOR              )

### ORDER GRANTING OBJECTION TO PROOF OF CLAIM NO. #8-1 BY MARK NELSON, LLC, DOC. #35

On **8/15/2023**, Debtor filed **Doc. No. 35,** the Objection to Proof of Claim No. 8-1 filed by creditors, Mark Nelson, LLC (the "Objection"). The Court finds that said Objection, having been noticed for a hearing, with no objections filed, no hearing held, is satisfactory, and therefore should be GRANTED as sustained.

**IT IS THEREFORE ORDERED** the said Objection be GRANTED as sustained hereby allowing Proof of Claim No. 8-1 in the total non-priority general unsecured amount of $715.00.

**IT IS SO ORDERED.**

###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR