**Fill in this information to identify the case:**

Debtor Name    David Brian Miller

United States Bankruptcy Court for the: District of Kansas

Case number:  23-20725

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11      12/17

Month:                September 2023                Date report filed:    10/11/2023
                                                                          MM / DD / YYYY
Line of business:   real estate/gutters              NAISC code:          0000

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    David B. Miller

Original signature of responsible party    David Miller (Oct 11, 2023 09:48 CDT)

Printed name of responsible party     David B. Miller

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?          ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?          ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.          $ 977.16

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.          $ 11350.14

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.          − $ _$12095.27_____

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*          + $ -$745.13

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.          = $ $232.03

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**          $ 0.00

    *(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                      $ _____0.00_____

  *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                     _____0_____
27. What is the number of employees as of the date of this monthly report?        _____0_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ _____0.00_____
30. How much have you paid this month in other professional fees?                                             $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?                            $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | **—** | **Actual** | **=** | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 10,000.00 | — | $ 11,350.14 | = | $ -$1350.14 |
| 33. **Cash disbursements** | $ 9,500.00 | — | $ 12095.27 | = | $ -$2595.27 |
| 34. **Net cash flow** | $ 1,000.00 | — | $ -$745.13 | = | $ $1745.13 |

35. Total projected cash receipts for the next month:                           $ 11,000.00
36. Total projected cash disbursements for the next month:                     - $ 10,500.00
37. Total projected net cash flow for the next month:                          = $ 500.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

CommunityAmerica Credit Union        10/09/2023 09:38 AM

## Chiefs Checking *5701

Available **$3,282.11**

Current **$3,459.41**

### Sep 1, 2023 - Sep 30, 2023 Custom

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 09/30/2023 | Point Of Sale Withdrawal / VSI*JACKSONCTYPARKRBLUE SPRINGS MOUS | -$57.00 | $232.03 |
| 09/29/2023 | ACH Payment VENMO - PAYMENT | -$1,000.00 | $289.03 |
| 09/29/2023 | Point Of Sale Withdrawal CCW / SAFE 405-7248501 OKUS | -$52.00 | $1,289.03 |
| 09/28/2023 | ATM Foreign Transaction Fee | -$1.50 | $1,341.03 |
| 09/28/2023 | ATM Withdrawal PRICE CHOPPER 5 / 13351 MISSION RD LEAWOOD KSUS | -$44.00 | $1,342.53 |
| 09/28/2023 | Point Of Sale Deposit CASH / APP*DAVID MILLSan Francisco CAUS | $1,193.74 | $1,386.53 |
| 09/26/2023 | Point Of Sale Withdrawal AMZN / Mktp US*T90QR9Amzn.com/bill WAUS | -$26.37 | $192.79 |
| 09/26/2023 | Point Of Sale Withdrawal / SAMSCLUB.COM 888-746-7726 ARUS | -$76.90 | $219.16 |
| 09/26/2023 | ACH Payment MazumaCU ELECTRONIC / TRANSFER - TRANSFER | -$800.00 | $296.06 |
| 09/26/2023 | Point Of Sale Withdrawal HAND / AND STONE MASS913-225-9341 KSUS | -$70.00 | $1,096.06 |
| 09/26/2023 | Point Of Sale Withdrawal US Law / Shield KS 877-4486839 TXUS | -$12.95 | $1,166.06 |
| 09/26/2023 | Point Of Sale Withdrawal AMZN / Mktp US*T10SQ3Amzn.com/bill WAUS | -$108.51 | $1,179.01 |
| 09/25/2023 | Point Of Sale Withdrawal / SAMSCLUB.COM 888-746-7726 ARUS | -$19.17 | $1,287.52 |
| 09/25/2023 | Point Of Sale Withdrawal WL / *Steam Purchase 425-9522985 WAUS | -$10.90 | $1,306.69 |
| 09/25/2023 | Point Of Sale Withdrawal SAMS / CLUB #4707 Overland Park KSUS | -$60.39 | $1,317.59 |
| 09/25/2023 | Point Of Sale Withdrawal / ABC*ANYTIME FITNESS888-8279262 KSUS | -$24.55 | $1,377.98 |
| 09/25/2023 | Deposit | $1,000.00 | $1,402.53 |
| 09/25/2023 | International Fee US Funds / International Fee US Funds | -$0.20 | $402.53 |
| 09/25/2023 | Point Of Sale Withdrawal / GLOBALPOK GOLD COINTA XBIEX MTMT | -$20.00 | $402.73 |
| 09/23/2023 | Point Of Sale Withdrawal / Walmart.com Bentonville ARUS | -$92.29 | $422.73 |
| 09/23/2023 | Point Of Sale Withdrawal Oculus / 650-5434800 CAUS | -$19.99 | $515.02 |
| 09/23/2023 | Point Of Sale Withdrawal WM / SUPERCENTER Wal-Mart Super CentKANSAS CITY MOUS | -$34.65 | $535.01 |
| 09/22/2023 | Check #9144: Check | -$337.00 | $569.66 |
| 09/22/2023 | Point Of Sale Withdrawal / WAL-MART #2955 1701 W 133RD ST KANSAS CITY MOUS | -$23.43 | $906.66 |
| 09/22/2023 | Point Of Sale Withdrawal / SAMSCLUB #4707 8300 WEST 135TH STROVERLAND PARK KSUS | -$115.15 | $930.09 |
| 09/21/2023 | Point Of Sale Withdrawal PRICE / CHOPPER 5 13351 MISSION ROAD LEAWOOD KSUS | -$200.00 | $1,045.24 |
| 09/21/2023 | Point Of Sale Withdrawal / WAL-MART #2955 1701 W 133RD ST KANSAS CITY MOUS | -$35.37 | $1,245.24 |
| 09/20/2023 | Point Of Sale Withdrawal WM / SUPERCENTER Wal-Mart Super CentKANSAS CITY MOUS | -$8.16 | $1,280.61 |
| 09/20/2023 | Point Of Sale Withdrawal / Wal-Mart Super 2955 WAL-SAMS KANSAS CITY MOUS | -$54.10 | $1,288.77 |
| 09/20/2023 | Point Of Sale Withdrawal SP / NICKELBACK OFFICNICKELBACK.CO PAUS | -$43.20 | $1,342.87 |
| 09/20/2023 | International Fee US Funds / International Fee US Funds | -$5.00 | $1,386.07 |
| 09/20/2023 | Point Of Sale Withdrawal / GLOBALPOK GOLD COINTA XBIEX MTMT | -$500.00 | $1,391.07 |
| 09/20/2023 | Point Of Sale Withdrawal Uber / Technologie San FranciscoCAUS | -$5.00 | $1,891.07 |
| 09/19/2023 | Point Of Sale Withdrawal Uber / Technologie San FranciscoCAUS | -$33.36 | $1,896.07 |
| 09/19/2023 | ACH Deposit ROYAL SEAMLESS G - / PAYROLL | $1,716.28 | $1,929.43 |
| 09/19/2023 | Point Of Sale Withdrawal / VSI*JACKSONPARKRECW816-5034800 MOUS | -$80.00 | $213.15 |

| Date | Description | Amount | Balance |
|------|-------------|-------:|--------:|
| 09/19/2023 | Point of Sale Withdrawal / VSI*JACKSONPARKRECW816-5034800 MOUS | -$100.00 | $293.15 |
| 09/18/2023 | Point Of Sale Withdrawal / SAMSCLUB.COM 888-746-7726 ARUS | -$42.60 | $393.15 |
| 09/18/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | -$13.08 | $435.75 |
| 09/18/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | -$109.11 | $448.83 |
| 09/18/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | -$10.90 | $557.94 |
| 09/18/2023 | Point Of Sale Withdrawal MEYER / MUSIC CO 913-4916636 KSUS | -$35.24 | $568.84 |
| 09/16/2023 | Point Of Sale Withdrawal Oculus / 650-5434800 CAUS | -$14.99 | $604.08 |
| 09/16/2023 | Point Of Sale Withdrawal SQ / *THE FRUIT STANDKansas City MOUS | -$12.28 | $619.07 |
| 09/15/2023 | Point Of Sale Withdrawal / WAL-MART #2955 1701 W 133RD ST KANSAS CITY MOUS | -$22.94 | $631.35 |
| 09/15/2023 | Point Of Sale Withdrawal / SAMSCLUB.COM 888-746-7726 ARUS | -$198.60 | $654.29 |
| 09/14/2023 | Point Of Sale Withdrawal JIMMY / JOHNS - 1085 773-562-2583 KSUS | -$8.35 | $852.89 |
| 09/13/2023 | Point Of Sale Withdrawal PRICE / CHOPPER 5 13351 MISSION ROAD LEAWOOD KSUS | -$18.15 | $861.24 |
| 09/13/2023 | Point Of Sale Withdrawal SEARS / 8420 888-335-7675 KSUS | -$389.39 | $879.39 |
| 09/13/2023 | Point Of Sale Withdrawal Riot* / AN3WCCNSN45X 866-373-9211 CAUS | -$19.99 | $1,268.78 |
| 09/12/2023 | Check #9145: Check | -$120.00 | $1,288.77 |
| 09/12/2023 | Withdrawal | -$4,285.00 | $1,408.77 |
| 09/12/2023 | Point Of Sale Withdrawal / WAL-MART #2955 1701 W 133RD ST KANSAS CITY MOUS | -$2.15 | $5,693.77 |
| 09/12/2023 | ACH Payment AMERICAN FAMILY - / AFT | -$123.12 | $5,695.92 |
| 09/12/2023 | ACH Deposit VENMO - CASHOUT | $4,285.00 | $5,819.04 |
| 09/11/2023 | Point Of Sale Withdrawal / ABC*ANYTIME FITNESS888-8279262 KSUS | -$24.55 | $1,534.04 |
| 09/11/2023 | Point Of Sale Withdrawal / CKE*SUGARFOOT BBQ OSCEOLA MOUS | -$32.95 | $1,558.59 |
| 09/11/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | -$21.81 | $1,591.54 |
| 09/11/2023 | Point Of Sale Withdrawal Indian / Point MarinaBranson MOUS | -$68.13 | $1,613.35 |
| 09/11/2023 | Point Of Sale Withdrawal / MCDONALD'S F25248 KANSAS CITY MOUS | -$4.42 | $1,681.48 |
| 09/11/2023 | Point Of Sale Withdrawal / WAL-MART #2955 1701 W 133RD ST KANSAS CITY MOUS | -$46.26 | $1,685.90 |
| 09/09/2023 | Point Of Sale Withdrawal Indian / Point MarinaBranson MOUS | -$60.00 | $1,732.16 |
| 09/09/2023 | Point Of Sale Withdrawal / Amazon.com*TR90C6AYAmzn.com/bill WAUS | -$17.31 | $1,792.16 |
| 09/09/2023 | Point Of Sale Withdrawal PURE / WATER DELIVERY816-4071888 MOUS | -$75.20 | $1,809.47 |
| 09/08/2023 | Point Of Sale Withdrawal TST* / Indian Point FBranson MOUS | -$3.23 | $1,884.67 |
| 09/08/2023 | Point Of Sale Withdrawal DIETZ / FAMILY BUFFETCLINTON MOUS | -$38.73 | $1,887.90 |
| 09/07/2023 | Point Of Sale Withdrawal / SAMSCLUB.COM 888-746-7726 ARUS | -$38.60 | $1,926.63 |
| 09/07/2023 | Point Of Sale Withdrawal JIMMY / JOHNS - 1085 LEAWOOD KSUS | -$8.35 | $1,965.23 |
| 09/07/2023 | Point Of Sale Withdrawal Amazon / Prime*TL6YV6Amzn.com/bill WAUS | -$14.99 | $1,973.58 |
| 09/06/2023 | Point Of Sale Withdrawal / Walmart.com Bentonville ARUS | -$173.72 | $1,988.57 |
| 09/06/2023 | ACH Payment AMERICAN FAMILY - / AFT | -$408.83 | $2,162.29 |
| 09/06/2023 | Point Of Sale Withdrawal / ITALIAN DELIGHT KANSAS CITY MOUS | -$66.74 | $2,571.12 |
| 09/06/2023 | ACH Deposit ROYAL SEAMLESS G - / PAYROLL | $1,716.29 | $2,637.86 |
| 09/06/2023 | Point Of Sale Withdrawal / Amazon.com*TL5542XGAmzn.com/bill WAUS | -$21.81 | $921.57 |
| 09/06/2023 | Point Of Sale Withdrawal LUKAS / WINE & SPIRITKANSAS CITY MOUS | -$25.39 | $943.38 |
| 09/05/2023 | Point Of Sale Withdrawal ROBLOX / 1.888.858.25HTTPSCORP.ROB CAUS | -$19.99 | $968.77 |
| 09/05/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | -$25.00 | $988.76 |

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 09/05/2023 | Deposit Shared Branch Check / Deposit #99992850 | $1,000.00 | $1,013.76 |
| 09/05/2023 | Insufficient Funds Charge / AMERICAN FAMILY - AFT | -$28.00 | $13.76 |
| 09/05/2023 | ACH Payment AMERICAN FAMILY - / AFT | $408.83 | $41.76 |
| 09/05/2023 | ACH Payment AMERICAN FAMILY - / AFT | -$408.83 | -$367.07 |
| 09/05/2023 | Point Of Sale Withdrawal / Netflix.com netflix.com CAUS | -$15.49 | $41.76 |
| 09/05/2023 | Point Of Sale Withdrawal / SAMSCLUB.COM 888-746-7726 ARUS | -$144.26 | $57.25 |
| 09/05/2023 | Point Of Sale Withdrawal / STEAMGAMES.COM 4259425-8899642 WAUS | -$8.72 | $201.51 |
| 09/02/2023 | Point Of Sale Withdrawal PRICE / CHOPPER # 937 NE WOODS CHAPELLEE'S SUMMIT MOUS | -$2.13 | $210.23 |
| 09/02/2023 | Point Of Sale Withdrawal / Walmart.com Bentonville ARUS | -$228.81 | $212.36 |
| 09/02/2023 | Point Of Sale Withdrawal / VSI*JACKSONCTYPARKRBLUE SPRINGS MOUS | -$7.00 | $441.17 |
| 09/01/2023 | Descriptive Deposit Chiefs / Cashback | $5.00 | $448.17 |
| 09/01/2023 | Uncollected Funds Charge PAYPAL / INSTANT TRANSFER - INST XFER | -$28.00 | $443.17 |
| 09/01/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | $25.00 | $471.17 |
| 09/01/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | -$25.00 | $446.17 |
| 09/01/2023 | Point Of Sale Withdrawal APPLE / COM BILL ONE APPLE PARK WAY CUPERTINO CAUS | -$0.99 | $471.17 |
| 09/01/2023 | International Fee US Funds / International Fee US Funds | -$5.00 | $472.16 |
| 09/01/2023 | Point Of Sale Withdrawal / GLOBALPOK GOLD COINTA XBIEX MTMT | -$500.00 | $477.16 |