# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In re:      David Brian Miller,                    )      Case No. 23-20725-11
                                          DEBTOR      )

## OBJECTION TO PROOF OF CLAIM 20 OF THE DAVID L. MILLER REVOCABLE TRUST

       **COMES NOW** Debtor, David Brian Miller ("Debtor"), and hereby objects to the Proof of Claim No. **20** filed by **the David L. Miller Revocable Trust** (hereinafter "Creditor"), on **November 21, 2023** in the total amount of $145,150 (all secured)**.** The basis for this Objection is as follows:

X      The claim should be disallowed for the following reasons:
The claim contradicts the arguments made by creditor in its Motion for Relief from the Automatic Stay as well as in-court arguments on the motion. The Creditor testified that the Creditor directed Debtor to stop payments on the contract for deed and that the contract for deed was, in Creditor's mind, converted to a lease agreement. Although this wasn't found to be legally accurate by this Court, the creditor's position, as well as its failure to file a claim until after the Chapter 11 Plan was filed, should bar the creditor from unjustly being enriched through a secured claim.

.

☐      The claim should instead be allowed as an unsecured claim in the amount of $_____ because _____.

☐      The claim is listed at a _____.

      Dated: November 21, 2023      Respectfully submitted,
                                    WM Law

                                    s/ Ryan A. Blay
                                    Ryan A. Blay, KS#28110
                                    15095 W. 116th St.
                                    Olathe, KS 66062
                                    Phone (913) 422-0909
                                    Fax (913) 428-8549
                                    blay@wagonergroup.com
                                    ATTORNEY FOR DEBTOR

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON OBJECTION

NOTICE IS HEREBY GIVEN that if you fail to file a written response to the above motion within **30 days** with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **December 21, 2023,** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a <u>non-evidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **151**, Kansas City, Kansas 66101, on **January 11, 2024 at 1:46 pm.**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2023, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF.

David L. Miller Revocable Trust
c/o Attorney Hugh L. Marshall
605 W. 47th St, Ste. 350
Kansas City, MO  64112


<u>s/ Ryan A. Blay</u>