Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: October 2023
Date report filed: 11/17/2023 (MM/DD/YYYY)

Line of business: real estate/gutters
NAISC code: 0000

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: David B. Miller

Original signature of responsible party: *David Miller (Nov 12, 2023 15:30 CST)*

Printed name of responsible party: David B. Miller

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name David Brian Miller        Case number 23-20725

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 232.03

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 17363.79

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ 15306.20

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + 2057.59

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ $2289.61

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0.00

    (Exhibit E)

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____ 0.00

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?  0
27. What is the number of employees as of the date of this monthly report?  0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 0.00
30. How much have you paid this month in other professional fees?  $ 0.00
31. How much have you paid in total other professional fees since filing the case?  $ 0.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | | Column B<br>Actual<br>Copy lines 20-22 of this report. | | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 11,000.00 | − | $ 17363.79 | = | $ -$1350.14 |
| 33. Cash disbursements | $ 10,500.00 | − | $ 15306.20 | = | $ $ |
| 34. Net cash flow | $ $500.00 | − | $ $2057.59 | = | $-1557.59 |

35. Total projected cash receipts for the next month:  $ 11,000.00
36. Total projected cash disbursements for the next month:  − $ 10,500.00
37. Total projected net cash flow for the next month:  = $ 500.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

# MOR for 2023-10 - for signature

Final Audit Report  2023-11-12

| | |
|---|---|
| Created: | 2023-11-12 |
| By: | Ryan Blay WM Law (blay@wagonergroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAyHXYUW7BtTO3IQTBypjqErsd49gfK0pF |

## "MOR for 2023-10 - for signature" History

- 📄 Document created by Ryan Blay WM Law (blay@wagonergroup.com)
  2023-11-12 - 9:26:20 PM GMT

- ✉️ Document emailed to kcreinvestor@yahoo.com for signature
  2023-11-12 - 9:26:38 PM GMT

- 📄 Email viewed by kcreinvestor@yahoo.com
  2023-11-12 - 9:29:33 PM GMT

- ✍️ Signer kcreinvestor@yahoo.com entered name at signing as David Miller
  2023-11-12 - 9:30:21 PM GMT

- ✍️ Document e-signed by David Miller (kcreinvestor@yahoo.com)
  Signature Date: 2023-11-12 - 9:30:23 PM GMT - Time Source: server

- ✅ Agreement completed.
  2023-11-12 - 9:30:23 PM GMT

**Adobe Acrobat Sign**

Menu 

## Account History

Chiefs Checking *5701

Available $695.50
Current $738.50

Account Details

| | Transfer | |
| | Export | |
| | Print | |

Narrow by items containing:

e.g. AT&T, check, 5.00

| Date ▼ | Description | Amount | Balance |
|---|---|---|---|
| 10/31/2023 | Point Of Sale Withdrawal / WAL-MART #2955 1701 W 133RD ST KANSAS CITY MOUS | -$25.62 | $2,289.61 |
| 10/31/2023 | Point Of Sale Withdrawal WM / SUPERCENTER Wal-Mart Super CentKANSAS CITY MOUS | -$43.95 | $2,315.23 |
| 10/31/2023 | Point Of Sale Withdrawal QT 278 / INSIDE KANSAS CITY MOUS | -$1.89 | $2,359.18 |
| 10/31/2023 | Point Of Sale Withdrawal QT 151 / LIBERTY MOUS | -$2.27 | $2,361.07 |
| 10/31/2023 | Point Of Sale Withdrawal APPLE / CASH SENT MON1INFINITELOOP CAUS | -$275.05 | $2,363.34 |
| 10/31/2023 | Point Of Sale Withdrawal APPLE / CASH SENT MON1INFINITELOOP CAUS | -$300.00 | $2,638.39 |
| 10/31/2023 | Point Of Sale Withdrawal APPLE / CASH SENT MON1INFINITELOOP CAUS | -$300.00 | $2,938.39 |
| 10/31/2023 | ACH Deposit ROYAL SEAMLESS G - / PAYROLL | $1,716.29 | $3,238.39 |
| 10/31/2023 | International Fee US Funds / International Fee US Funds | -$5.00 | $1,522.10 |
| 10/31/2023 | Point Of Sale Withdrawal / GLOBALPOK GOLD COINTA XBIEX MTMT | -$500.00 | $1,527.10 |
| 10/30/2023 | Point Of Sale Withdrawal WM / SUPERCENTER Wal-Mart Super CentKANSAS CITY MOUS | -$48.46 | $2,027.10 |
| 10/30/2023 | Point Of Sale Withdrawal QT 278 / INSIDE KANSAS CITY MOUS | -$2.32 | $2,075.56 |
| 10/30/2023 | Point Of Sale Deposit / VENMO*Miller David New York City NYUS | $1,470.00 | $2,077.88 |
| 10/30/2023 | Point Of Sale Withdrawal HAND / AND STONE MASS913-225-9341 KSUS | -$70.00 | $607.88 |
| 10/30/2023 | Point Of Sale Withdrawal / WAL-MART #2955 1701 W 133RD ST KANSAS CITY MOUS | -$8.40 | $677.88 |
| 10/28/2023 | Point Of Sale Withdrawal QT 192 / INSIDE INDEPENDENCE MOUS | -$2.26 | $686.28 |
| 10/27/2023 | Point Of Sale Withdrawal / WAL-MART #2955 1701 W 133RD ST KANSAS CITY MOUS | -$22.23 | $688.54 |
| 10/26/2023 | Point Of Sale Withdrawal WM / SUPERCENTER Wal-Mart Super CentKANSAS CITY MOUS | -$10.96 | $710.77 |
| 10/26/2023 | Point Of Sale Withdrawal GERALD / L MARTINCHICPRAIRIE VILLA KSUS | -$126.00 | $721.73 |
| 10/26/2023 | Point Of Sale Withdrawal / GOODCENTS SUBS - 00OVERLAND PARK KSUS | -$13.94 | $847.73 |
| 10/25/2023 | Point Of Sale Withdrawal DINKEL / CHIROPRACTICLEAWOOD KSUS | -$60.00 | $861.67 |
| 10/25/2023 | Point Of Sale Withdrawal TACO / BELL #034391 KANSAS CITY MOUS | -$11.30 | $921.67 |

**Other services**

- Set text message alerts
- Stop Payment
- Account Preferences

| | | | 0 |
|---|---|---|---|
| C | ± | % | + |
| 7 | 8 | 9 | × |
| 4 | 5 | 6 | - |
| 1 | 2 | 3 | + |
| 0 | | . | = |

Case 23-20725    Doc# 77    Filed 11/22/23    Page 6 of 10

| Date ▼ | Description | Amount | Balance |
|---|---|---|---|
| 10/25/2023 | ACH Payment MazumaCU ELECTRONIC / TRANSFER - TRANSFER | -$500.00 | $932.97 |
| 10/25/2023 | ACH Payment MazumaCU ELECTRONIC / TRANSFER - TRANSFER | -$500.00 | $1,432.97 |
| 10/25/2023 | Point Of Sale Deposit / VENMO*Miller David New York City NYUS | $607.19 | $1,932.97 |
| 10/25/2023 | Point Of Sale Deposit / VENMO*Miller David New York City NYUS | $1,179.00 | $1,325.78 |
| 10/25/2023 | ACH Payment KANSAS GAS SERVI - / UTIL PAYMT | -$106.61 | $146.78 |
| 10/25/2023 | ACH Payment JOHNSON COUNTY W / BILL PAY SERVICE - BILL PAYMT | -$100.00 | $253.39 |
| 10/25/2023 | ACH Payment WATER DISTRICT # / BILL PAY SERVICE - BILL PAYMT | -$100.00 | $353.39 |
| 10/25/2023 | Insufficient Funds Charge / EVERGY METRO EVERGY METRO WEB - WEB PAY | -$28.00 | $453.39 |
| 10/25/2023 | ACH Payment EVERGY METRO EVERGY / METRO WEB - WEB PAY | $820.69 | $481.39 |
| 10/25/2023 | ACH Payment EVERGY METRO EVERGY / METRO WEB - WEB PAY | -$820.69 | -$339.30 |
| 10/25/2023 | Point Of Sale Withdrawal / VSI*JACKSONCTYPARKRBLUE SPRINGS MOUS | -$20.00 | $481.39 |
| 10/24/2023 | Point Of Sale Withdrawal Oculus / 650-5434800 CAUS | -$22.01 | $501.39 |
| 10/24/2023 | Deposit | $500.00 | $523.40 |
| 10/23/2023 | Point Of Sale Withdrawal / ABC*4192-ANYTIME FI888-8279262 KSUS | -$24.55 | $23.40 |
| 10/23/2023 | Point Of Sale Withdrawal TACO / BELL #034391 KANSAS CITY MOUS | -$22.18 | $47.95 |
| 10/23/2023 | Point Of Sale Withdrawal CASH / APP*ERIC PAGE 800-9691940 CAUS | -$200.00 | $70.13 |
| 10/23/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | -$70.32 | $270.13 |
| 10/23/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | -$26.70 | $340.45 |
| 10/23/2023 | Point Of Sale Withdrawal / SAMSCLUB.COM 888-746-7726 ARUS | -$40.22 | $367.15 |
| 10/23/2023 | Point Of Sale Withdrawal PRICE / CHOPPER 5 13351 MISSION ROAD LEAWOOD KSUS | -$7.54 | $407.37 |
| 10/23/2023 | Point Of Sale Withdrawal AMZN / Mktp US*JM0074Amzn.com/bill WAUS | -$21.81 | $414.91 |
| 10/21/2023 | Point Of Sale Withdrawal / FREDDYS 190042 MOBIHTTPSFREDDYSF MOUS | -$11.04 | $436.72 |
| 10/21/2023 | Point Of Sale Withdrawal / MCDONALD'S F25248 KANSAS CITY MOUS | -$5.76 | $447.76 |
| 10/21/2023 | Point Of Sale Withdrawal QT 151 / LIBERTY MOUS | -$2.27 | $453.52 |
| 10/20/2023 | ATM Foreign Transaction Fee | -$1.50 | $455.79 |
| 10/20/2023 | ATM Withdrawal ATM State line / 13657 Washington StKansas City MOUS | -$403.00 | $457.29 |
| 10/20/2023 | Point Of Sale Withdrawal LMS / PTO* ORDER 0123HTTPSLEAWOODM KSUS | -$16.37 | $860.29 |
| 10/19/2023 | Point Of Sale Withdrawal / BESTBUYCOM806802826888BESTBUY MNUS | -$21.81 | $876.66 |
| 10/19/2023 | Point Of Sale Withdrawal / BESTBUYCOM806802826888BESTBUY MNUS | -$76.36 | $898.47 |
| 10/19/2023 | Point Of Sale Withdrawal AMZN / Mktp US*TD9259Amzn.com/bill WAUS | -$43.63 | $974.83 |
| 10/19/2023 | Point Of Sale Withdrawal / LANCASTER LIQUORS LEAWOOD KSUS | -$32.39 | $1,019.96 |
| 10/18/2023 | ATM Foreign Transaction Fee | -$1.50 | $1,018.46 |
| 10/18/2023 | Check #9146: Check | -$337.00 | $1,052.35 |
| 10/18/2023 | Point Of Sale Withdrawal / ABC*4192-ANYTIME FI888-8279262 KSUS | -$83.55 | $1,389.35 |

Case 23-20725    Doc# 77    Filed 11/22/23    Page 7 of 10

| Date ▼ | Description | Amount | Balance |
|---|---|---|---|
| 10/18/2023 | Point Of Sale Withdrawal / WAL-MART #2955 1701 W 133RD ST KANSAS CITY MOUS | -$27.83 | $1,472.90 |
| 10/18/2023 | ATM Withdrawal Hollywood KC 7 / 777 HOLLYWOOD CASI KANSAS CITY KSUS | -$406.99 | $1,500.73 |
| 10/18/2023 | Point Of Sale Withdrawal APPLE / CASH SENT MON1INFINITELOOP CAUS | -$1,207.00 | $1,907.72 |
| 10/18/2023 | Point Of Sale Withdrawal SUSHI / HARU KANSAS CITY MOUS | -$18.48 | $3,114.72 |
| 10/18/2023 | Point Of Sale Withdrawal AMZN / Mktp US*TP33W1Amzn.com/bill WAUS | -$43.87 | $3,133.20 |
| 10/18/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | -$13.08 | $3,177.07 |
| 10/18/2023 | Point Of Sale Withdrawal / BESTBUYCOM802817456RICHFIELD MNUS | -$2.00 | $3,190.15 |
| 10/18/2023 | Point Of Sale Withdrawal / MCDONALD'S F25248 KANSAS CITY MOUS | -$6.41 | $3,192.15 |
| 10/17/2023 | Point Of Sale Withdrawal SQ / *ACTIVE LIFESTYLgosq.com KSUS | -$71.08 | $3,198.56 |
| 10/17/2023 | Point Of Sale Withdrawal SAMS / CLUB #4707 SAM'S Club OVERLAND PARK KSUS | -$86.08 | $3,269.64 |
| 10/17/2023 | Point Of Sale Withdrawal SAVERS / - 1223 2251 NW BARRY ROAD KANSAS CITY MOUS | -$36.66 | $3,355.72 |
| 10/17/2023 | ACH Deposit ROYAL SEAMLESS G - / PAYROLL | $1,716.28 | $3,392.38 |
| 10/17/2023 | Point Of Sale Withdrawal / MCDONALD'S F25248 KANSAS CITY MOUS | -$7.54 | $1,676.10 |
| 10/17/2023 | Point Of Sale Withdrawal MEYER / MUSIC CO OVERLAND PARK KSUS | -$35.24 | $1,683.64 |
| 10/16/2023 | Deposit | $1,500.00 | $1,718.88 |
| 10/16/2023 | Point Of Sale Withdrawal PRICE / CHOPPER 5 13351 MISSION ROAD LEAWOOD KSUS | -$6.21 | $218.88 |
| 10/16/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | -$10.90 | $225.09 |
| 10/16/2023 | Point Of Sale Withdrawal PRICE / CHOPPER 5 13351 MISSION ROAD LEAWOOD KSUS | -$32.58 | $235.99 |
| 10/16/2023 | Point Of Sale Withdrawal CASH / APP*ERIC PAGE 800-9691940 CAUS | -$600.00 | $268.57 |
| 10/16/2023 | Point Of Sale Deposit / VENMO*Miller David New York City NYUS | $825.30 | $868.57 |
| 10/14/2023 | Point Of Sale Withdrawal / MCDONALD'S F25248 KANSAS CITY MOUS | -$6.41 | $43.27 |
| 10/14/2023 | Point Of Sale Withdrawal QT 228 / NORTH KANSAS MOUS | -$1.71 | $49.68 |
| 10/14/2023 | Point Of Sale Withdrawal / VSI*JACKSONCTYPARKRBLUE SPRINGS MOUS | -$7.00 | $51.39 |
| 10/14/2023 | International Fee US Funds / International Fee US Funds | -$0.50 | $58.39 |
| 10/14/2023 | Point Of Sale Withdrawal / GLOBALPOK GOLD COINTA XBIEX MTMT | -$50.00 | $58.89 |
| 10/13/2023 | Point Of Sale Withdrawal PRICE / CHOPPER 5 13351 MISSION ROAD LEAWOOD KSUS | -$18.34 | $108.89 |
| 10/13/2023 | Point Of Sale Withdrawal APPLE / CASH SENT MON1INFINITELOOP CAUS | -$1,000.00 | $127.23 |
| 10/13/2023 | Point Of Sale Withdrawal APPLE / CASH SENT MON1INFINITELOOP CAUS | -$966.42 | $1,127.23 |
| 10/13/2023 | International Fee US Funds / International Fee US Funds | -$1.00 | $2,093.65 |
| 10/13/2023 | Point Of Sale Withdrawal / GLOBALPOK GOLD COINTA XBIEX MTMT | -$100.00 | $2,094.65 |
| 10/12/2023 | Point Of Sale Withdrawal / TOTALWINE 1806 P KANSAS CITY MOUS | -$24.29 | $2,194.65 |
| 10/12/2023 | ACH Payment AMERICAN FAMILY - / AFT | -$123.12 | $2,218.94 |
| 10/12/2023 | Point Of Sale Withdrawal / ITALIAN DELIGHT KANSAS CITY MOUS | -$9.32 | $2,342.06 |
| 10/11/2023 | Point Of Sale Withdrawal PRICE / CHOPPER 5 13351 MISSION ROAD LEAWOOD KSUS | -$3.18 | $2,351.38 |
| 10/11/2023 | Point Of Sale Withdrawal / COLDSTONE #23762 LEAWOOD KSUS | -$22.64 | $2,354.56 |

| Date ▼ | Description | Amount | Balance |
|---|---|---|---|
| 10/11/2023 | Point Of Sale Withdrawal / MCDONALD'S F25248 KANSAS CITY MOUS | -$6.41 | $2,377.20 |
| 10/11/2023 | ACH Payment VENMO - PAYMENT | -$1,000.00 | $2,383.61 |
| 10/10/2023 | Point Of Sale Deposit CASH / APP*DAVID MILLSan Francisco CAUS | $1,195.00 | $3,383.61 |
| 10/10/2023 | ACH Payment VENMO - PAYMENT | -$1,000.00 | $2,188.61 |
| 10/10/2023 | Point Of Sale Withdrawal OFF / BROADWAY SHOES KANSAS CITY MOUS | -$87.97 | $3,188.61 |
| 10/10/2023 | Point Of Sale Withdrawal FOOD / AT CHINA KING MENUFY.COM KSUS | -$51.76 | $3,276.58 |
| 10/10/2023 | Point Of Sale Withdrawal / Amazon.com*T92PY3W0Amzn.com/bill WAUS | -$51.81 | $3,328.34 |
| 10/10/2023 | Point Of Sale Withdrawal / Amazon.com*TE79N16TAmzn.com/bill WAUS | -$55.96 | $3,380.15 |
| 10/10/2023 | Point Of Sale Withdrawal / Wal-Mart Super 2955 WAL-SAMS KANSAS CITY MOUS | -$5.53 | $3,436.11 |
| 10/10/2023 | Point Of Sale Withdrawal / Amazon.com*TE3WW566Amzn.com/bill WAUS | -$17.77 | $3,441.64 |
| 10/10/2023 | Point Of Sale Withdrawal SONIC / DRIVE IN #458LAWSON MOUS | -$27.40 | $3,459.41 |
| 10/10/2023 | Point Of Sale Withdrawal / WAL-MART #2955 1701 W 133RD ST KANSAS CITY MOUS | -$39.34 | $3,486.81 |
| 10/10/2023 | Point Of Sale Withdrawal / CATRICK'S CAFE LAWSON MOUS | -$68.48 | $3,526.15 |
| 10/07/2023 | Point Of Sale Withdrawal QT 178 / KANSAS CITY MOUS | -$11.06 | $3,594.63 |
| 10/07/2023 | Point Of Sale Withdrawal / Wal-Mart Super 195 WAL-SAMS EXCELSIOR SPR MOUS | -$16.04 | $3,605.69 |
| 10/07/2023 | Point Of Sale Withdrawal HUNTER / FAMILY VISIO913-6818555 KSUS | -$96.00 | $3,621.73 |
| 10/07/2023 | Point Of Sale Withdrawal Amazon / Prime*T930P0Amzn.com/bill WAUS | -$14.99 | $3,717.73 |
| 10/06/2023 | ATM Foreign Transaction Fee | -$1.50 | $3,732.72 |
| 10/06/2023 | Point Of Sale Withdrawal CASEYS / #1283 311 W LAWSON MOUS | -$1.58 | $3,734.22 |
| 10/06/2023 | Point Of Sale Withdrawal / SAMSCLUB.COM 888-746-7726 ARUS | -$73.60 | $3,735.80 |
| 10/06/2023 | ATM Withdrawal MO STATE LINE A / 13531 MADISON AVE Kansas City MOUS | -$68.00 | $3,809.40 |
| 10/06/2023 | Point Of Sale Withdrawal PAPA / MURPHY'S KS023olo.com KSUS | -$18.33 | $3,877.40 |
| 10/06/2023 | Point Of Sale Withdrawal SUSHI / HARU KANSAS CITY MOUS | -$30.02 | $3,895.73 |
| 10/05/2023 | Point Of Sale Withdrawal / Wal-Mart Super 2955 WAL-SAMS KANSAS CITY MOUS | -$27.22 | $3,925.75 |
| 10/05/2023 | Point Of Sale Withdrawal / Wal-Mart Super 2955 WAL-SAMS KANSAS CITY MOUS | -$23.27 | $3,952.97 |
| 10/05/2023 | ACH Payment VENMO - PAYMENT | -$120.00 | $3,976.24 |
| 10/05/2023 | International Fee US Funds / International Fee US Funds | -$5.00 | $4,096.24 |
| 10/05/2023 | Point Of Sale Withdrawal / GLOBALPOK GOLD COINTA XBIEX MTMT | -$500.00 | $4,101.24 |
| 10/04/2023 | ATM Foreign Transaction Fee | -$1.50 | $4,601.24 |
| 10/04/2023 | Point Of Sale Withdrawal / Wal-Mart Super 2955 WAL-SAMS KANSAS CITY MOUS | -$35.86 | $4,602.74 |
| 10/04/2023 | Point Of Sale Withdrawal WENDYS / 2196 11001 ROE AVE OVERLAND PARK KSUS | -$5.46 | $4,638.60 |
| 10/04/2023 | ATM Withdrawal ATM State line / 13657 Washington StKansas City MOUS | -$163.00 | $4,644.06 |
| 10/04/2023 | Point Of Sale Withdrawal QT 163 / INSIDE KANSAS CITY MOUS | -$3.50 | $4,807.06 |
| 10/04/2023 | Point Of Sale Withdrawal / HILLCREST HOPE THRILIBERTY MOUS | -$17.00 | $4,810.56 |
| 10/04/2023 | ACH Payment AMERICAN FAMILY - / AFT | -$408.83 | $4,827.56 |

| Date ▼ | Description | Amount | Balance |
|---|---|---|---|
| 10/04/2023 | International Fee US Funds / International Fee US Funds | -$5.00 | $5,236.39 |
| 10/04/2023 | Point Of Sale Withdrawal / GLOBALPOK GOLD COINTA XBIEX MTMT | -$500.00 | $5,241.39 |
| 10/04/2023 | Point Of Sale Withdrawal MANOR / THRIFT SHOP LIBERTY MOUS | -$13.50 | $5,741.39 |
| 10/04/2023 | Point Of Sale Withdrawal SQ / *THE FRUIT STANDKansas City MOUS | -$20.72 | $5,754.89 |
| 10/03/2023 | Point Of Sale Withdrawal WM / SUPERCENTER Wal-Mart Super CentKANSAS CITY MOUS | -$46.41 | $5,775.61 |
| 10/03/2023 | Point Of Sale Withdrawal / NETFLIX COM LOS GATOS CAUS | -$15.49 | $5,822.02 |
| 10/03/2023 | ACH Deposit VENMO - CASHOUT | $3,425.00 | $5,837.51 |
| 10/03/2023 | ACH Deposit ROYAL SEAMLESS G - / PAYROLL | $1,716.29 | $2,412.51 |
| 10/03/2023 | Point Of Sale Withdrawal / STEAMGAMES.COM 4259425-8899642 WAUS | -$5.44 | $697.72 |
| 10/02/2023 | ATM Foreign Transaction Fee | -$1.50 | $696.22 |
| 10/02/2023 | Point Of Sale Deposit CASH / APP*DAVID MILLSan Francisco CAUS | $491.25 | $703.16 |
| 10/02/2023 | Point Of Sale Deposit / VENMO*Miller David New York City NYUS | $196.50 | $211.91 |
| 10/02/2023 | Descriptive Deposit Chiefs / Cashback | $5.00 | $15.41 |
| 10/02/2023 | Point Of Sale Withdrawal K / MACHOS MEXICAN REOVERLAND PARK KSUS | -$65.60 | $10.41 |
| 10/02/2023 | Point Of Sale Withdrawal / TUPPERWARE/INTERNET800-887-7379 FLUS | -$50.36 | $76.01 |
| 10/02/2023 | Point Of Sale Withdrawal / GOODCENTS SUBS - 00816-478-4883 MOUS | -$19.43 | $126.37 |
| 10/02/2023 | Point Of Sale Withdrawal AMZN / Mktp US*T91B52Amzn.com/bill WAUS | -$27.24 | $145.80 |
| 10/02/2023 | ATM Withdrawal MO STATE LINE A / 13531 MADISON AVE Kansas City MOUS | -$58.00 | $173.04 |
| 10/02/2023 | Point Of Sale Withdrawal / APPLE.COM/BILL 866-712-7753 CAUS | -$0.99 | $231.04 |

< older   newer >



Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government. National Credit Union Administration, a U.S. Government Agency

