## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DITRICT OF KANSAS – KANSAS CITY DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 23-20725-DLS |
| DAVID BRIAN MILLER, | ) | Chapter 11 (voluntary) |
| Debtor and Debtor-In-Possession. | ) | Subchapter V |

## <u>INITIAL FEE APPLICATION OF WM LAW, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FROM JUNE 28, 2023 THROUGH NOVEMBER 30, 2023</u>

Pursuant to 11 U.S.C. §330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of WM Law applies to this Court for an order authorizing the reasonable compensation for professional legal services rendered as counsel to David Brian Miller, the Debtor and Debtor-in-Possession herein (the "Debtor"), in the amount of $12,760 and reimbursement of expenses in the amount of $136.73 for a total amount of $12,896.73 incurred from June 28, 2023 through November 30, 2023, and authorizing the immediate payment of said legal fees and expenses in accordance with Title 11 of the United States Code.  In support of this Application, WM Law respectfully states as follows:

### BACKGROUND

1. Debtor filed a voluntary petition under Subchapter V, Chapter 11 of Title 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") on June 28, 2023 (the "Petition Date").

2. WM Law was employed under a general retainer to represent Debtor as bankruptcy counsel in connection with this Chapter 11 case.  On July 26, 2023, this Court entered an order approving the Debtor's Application to Employ WM Law as Counsel. (Doc. #25).

3. WM Law's representation of Debtor is upon the fee basis set forward in the engagement letter - at the rate of $300.00 per hour for services by WM Law's attorneys and $125 per hour for paralegals.

4. As of the filing of this Application, WM Law is holding the remaining unapplied pre-filing balance of $17,126.90 in trust and would seek to apply this first to any fees and expenses approved under this motion.  The funds in trust would cover all of the requested payments under this application.

5. All services for which compensation is requested by WM Law were performed for or on behalf of the Debtor and were necessary for the proper administration of the bankruptcy estate.

### SUMMARY OF SERVICES RENDERED

6. Attached hereto as **Exhibit A** are itemized billing statements of fees and expenses incurred by WM Law showing the total amount of $12,760 in attorney's fees and $126.73 in expenses for fees incurred from June 28, 2023 through November 30, 2023.  A Narrative Summary of legal services provided to the Debtor during this bankruptcy case is attached hereto as **Exhibit B.**

## VALUATION OF SERVICES

7.      Attorneys and paraprofessionals of WM Law have expended a total of 47 hours in connection with this matter from June 28, 2023 through November 30, 2023, as fully set forth in the Summary Sheet attached hereto as **Exhibit C.**  The Summary Sheet shows WM Law's normal hourly rates of compensation for work of this nature, as well as the reasonable value of services rendered by WM Law as counsel for Debtor from June 28, 2023 through November 30, 2023, in the amount of $12,760 in attorney's fees and $136.73 in expenses.

8.      In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given: (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

## CASE STATUS

9.      No compensation has been shared by WM Law with any person, and no agreement or understanding exists between the applicant and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

10.     The source of compensation sought is from the income and assets of the bankruptcy estate.

11.     The Debtor's Chapter 11, Subchapter V Plan of Reorganization was filed with this Court on November 22, 2023 as Docket #77.

12.     The Debtor is current with Monthly Operating Reports through the report due for October 2023

13.      WM Law certifies that it has provided a copy of this Application to Debtor for its review and approval, including a copy of the itemized billing statements for all legal fees and expenses incurred by WM Law from June 28, 2023 through November 30, 2023, in the amount of $12,760 in attorney's fees and $136.73 in expenses for a total amount of $12,896.73 attached hereto as Exhibit A, for his review.

        **WHEREFORE**, WM Law seeks approval of legal fees in the amount of $12,760.00 in attorney's fees and $136.73 in expenses in expenses for a total amount of $12,896.73 incurred from June 28, 2023 through November 30, 2023, and authorization to apply first the funds held in trust, per 11 U.S.C.

| Dated: December 6 2023. | Respectfully submitted, WM Law |
|---|---|

/s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR, DAVID BRIAN MILLER

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON APPLICATION

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above Motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **12/28/2023,** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a <u>non-evidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **144**, Kansas City, Kansas 66101, on **1/11/2024 at 1:46 pm.**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2023, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

 **[See attached mailing matrix]**

s/ Ryan A. Blay

| Date | Who | Issue | Notes: | Hours | Rate (Atty $300 / Para $125) | Line Total |
|---|---|---|---|---|---|---|
| 6/29/2023 | RAB | Application to employ | Drafted application and affidavit in support | .7 | $300 | $210 |
| 6/30/2023 | RAB | Motion for relief from stay | Reviewed motion filed by David Miller (father of debtor); forwarded to client and his state court counsel for further discussion | .8 | $300 | $240 |
| 6/30/2023 | DS | " " | Notarized App to Employ, Filed, and served. Served Scheduling Order as well | .4 | $125 | $50 |
| 6/30/2023 | DS | Case Expense | Service costs of above = $44.55 | 0.0 | 0.0 | $44.55 |
| 7/8/2023 | RAB | Motion for relief from stay filed by David Miller (debtor's father) | Drafted answer and e-mailed to client for review | 1.2 | $300 | $360 |
| 7/14/2023 | RAB | Initial Debtor Interview with US Trustee's office | | 1.0 | $300 | $300 |
| 7/17/2023 | RAB | Finalized response to motion for relief from stay (David Miller, debtor's father) for filing | | .5 | $300 | $150 |
| 7/17/2023 | RAB | Correspondence to client summarizing tasks following the IDI | | .8 | $300 | $240 |
| 7/17/2023 | RAB | e-mail from client | Information on Schilling lawsuit matter | .4 | $300 | $120 |
| 7/18/2023 | RAB | Communications with US Trustee's office | Sent draft proposed order on motion to retain pre-petition depository accounts and clarified 1116 disclosures | .7 | $300 | $210 |
| 7/25/2023 | DS | Order | Drafted and filed order on Application to Employ | .3 | $125 | $37.50 |

| Date | Initials | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/27/2023 | RAB | Drafted subchapter V status conference report | Drafted report for filing | 1.5 | $300 | $450 |
| 7/28/2023 | RAB | 341 meeting | 341 meeting by telephone | .7 | $300 | $210 |
| 7/28/2023 | DS | Status Report | Revised, filed, and served Status Conf Report. | .2 | $125 | $25 |
| 7/28/2023 | DS | Case Expense | Cost of service of above pleadings. | 0.0 | 0..0 | $27.90 |
| 7/28/2023 | RAB | Post-341 meeting with Mr. Miller | (1) Sent e-mail to Ong and associates regarding motion to employ as accountants (.3)<br>(2) Filed 1116 statement with 2021 taxes (.3)<br>(3) Called and spoke with Hugh Marshall, attorney for trust seeking relief from stay on real estate – discussion of proposed adequate protection offer for August hearing (.4) | 1.0 | $300 | $300 |
| 7/29/2023 | RAB | Correspondence with Mr. Miller | Review of case law on eviction sent by Mr. Miller | 1.0 | $300 | $300 |
| | | | All above transferred to billing for Post-petition | | | 0 |
| 8/3/2023 | RAB | Correspondence with Ong and associates regarding motion to employ | Preparation of application to employ and affidavit in support, e-mailed to Nicholas Ong for review | 1.0 | $300 | $300 |
| 8/3/2023 | RAB | e-mail from Ong and associates | Declining opportunity to be employed – e-mail to client to find another CPA for personal returns | .4 | $300 | $120 |
| 8/10/2023 | RAB | Docket on Sub V Status conference and hearing on motion for relief from stay | Sub V Status Conference -TBD on order approving proposed dates.<br>Motion for relief from stay filed by David Miller trust (debtor's father) - will be set for pre-trial and evidentiary hearing | .6 | $300 | $180 |

| Date | Atty | Subject | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/14/2023 | RAB | Meeting with David | We drafted amended schedule A/B to list equitable interest in real estate by land contract and E/F to list Schilling Law. Prepared verifications for both plus notice of added creditor.<br><br>Discussion of need for June bank statement to prepare first monthly operating report due this month.<br><br>Discussion of filing objection to MarksNelson proof of claim | 1.0 | $300 | $300 |
| 8/15/2023 | DS | Obj to POC | Revised, filed and served Objection to POC. | .3 | $125 | $37.50 |
| 8/17/2023 | DS | Amd Schedules | Filed Amended E/F, Notice of Added creditors, Amended Matrix in .PDF, Amended Matrix data entry. Served Notice with copy of DecRe.<br><br>Filed Amended Schedules A/B. | .4 | $125 | $50.00 |
| 8/17/2023 | DS | Case Expense | Court Fee to Add Creditors = $32.00 | 0 | 0 | $32.00 |
| 8/18/2023 | RAB | Court call | Pre-trial on stay relief motion | .8 | $300 | $240 |
| 8/21/2023 | RAB | Discovery | Began drafting interrogatories and e-mailed suggested topics to Mr. Miller | .5 | $300 | $150 |
| 8/25/2023 | RAB | Call with David regarding discovery and monthly operating reports | Obtained June and July CACU statements and prepared MOR for June 28th-end of July. Drafted interrogatories and planned date to respond and sign interrogatories from David L. Miller | 1.5 | $300 | $450 |
| | | | All above transferred to POST PETITION BILLING | | | 0 |
| 9/5/2023 | RAB | Meeting with Mr. Miller to respond to interrogatories and begin preparation of Monthly Operating Report for August 2023 | Meeting to prepare documents and discuss extension of time to file Chapter 11 plan | 1.4 | $300 | $420 |
| 9/5/2023 | DS | MFR Discovery | Notarized and served Debtor's Responses to 1st set of ROGS by David L. Miller; drafted and filed Certificate of Service of the same.<br>Filed Motion to Extend Time to File Plan. | .4 | $125 | $50.00 |
| 9/11/2023 | RAB | Review | Reviewed David L. Miller's responses to discovery | .5 | $300 | $150 |

| Date | By | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/12/2023 | RAB | Call with Hugh Marshall re discovery | Discussion of legal and factual issues | .7 | $300 | $210 |
| 9/18/2023 | RAB | Review of bank e-mail and divorce decree | Provided by client for review | .5 | $300 | $150 |
| 9/18/2023 | RAB | Call with David regarding stay relief case | Discussion of evidentiary issues and documents/witnesses | .5 | $300 | $150 |
| 9/21/2023 | DS | Order on Objection | Drafted and uploaded Order on Objection to POC 8-1 (Doc. #34). | .3 | $125 | $37.50 |
| 9/22/2023 | RAB | Edits to proposed stipulated facts | Discussions with Hugh Marshall and revisions thereto before filing | .7 | $300 | $210 |
| 9/22/2023 | RAB | Witness list, exhibit list, statement of issues | Related to MFRS hearing | 2.5 | $300 | $750 |
| 9/23/2023 | DS | Hearing Prep | Filed Stipulation of Fact for MFR hearing. Scanned Exhibits, and built Binders for Hearing.<br>Filed Exhibit List (with witnesses too, but no exhibits attached). | 3.8 | $125 | $475.00 |
| 9/23/2023 | DS | Case Expense | $20.49 = 6 binders<br>$6.79 = Binder Tabs<br>$5.00 = Ream of Paper | 0.0 | 0.0 | $32.28 |
| 9/23/2023 | DS | Hearing Prep | Filed Statement of Issues for hearing | .3 | $125 | $37.50 |
| 9/24/2023 | RAB | Trial prep | Reviewed David L. Miller's witnesses, exhibits, and trial brief understanding his legal arguments | 3 | $300 | $900 |
| 9/25/2023 | RAB | Correspondence with client | E-mailed client exhibits | .3 | $300 | $90 |
| 9/25/2023 | RAB | Motion in limine | Drafted as to exhibits 2-7 of movant | .7 | $300 | $210 |
| 9/25/2023 | RAB | Call with Lynn Judkins | Discussion of state court and bankruptcy arguments | .7 | $300 | $210 |
| 9/26/2023 | RAB | Call with Wanda Miller | Discussion of Thursday's hearing and payment history | .6 | $300 | $180 |
| 9/27/2023 | RAB | Trial prep | Reviewed materials in anticipation of evidentiary hearing | 1.0 | $300 | $300 |
| 9/28/2023 | RAB | Travel expense | Travel to and from evidentiary hearing, reduced by 50% | .5 | $300 | $150 |
| 9/28/2023 | RAB | Evidentiary hearing | Hearing on motion for relief from stay | 3.2 | $300 | $960 |
| | | | All above transferred to billing | | | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/11/2023 | RAB | Work on MORs | Work on August and September Monthly Operating Reports – received e-signed copies of both for filing | 1.2 | $300 | $360 |
| 10/11/2023 | DS | MORs Order | Compiled and filed MOR's for Aug and Sept. 2023<br>Drafted and uploaded Order on Motion to Extend Time to File Plan (Doc. #47) | .7 | $125 | $87.50 |
| 10/18/2023 | RAB | Call with client and SubV trustee | Call with Mr. Miller and Kent Adams regarding questions for income projections for plan | .5 | $300 | $150 |
| 10/23/2023 | RAB | Chapter 11 plan | Began drafting Chapter 11 plan and liquidation analysis | 2.0 | $300 | $600 |
| 10/24/2023 | RAB | Motion to extend time to file plan | Drafted second motion for extension of time and emailed client to advise of motion | .4 | $300 | $120 |
| 10/31/2023 | DS | Filing motion for extension of time | Filed second motion for extension of time | .5 | $125 | $62.50 |
| | | | <mark>All above transferred to billing</mark> | | | 0 |
| 11/6/2023 | RAB | Objection to claim | Drafted objection to IRS claim #6 | 1.0 | $300 | $300 |
| 11/6/2023 | AB/DS | Claim objection | Filed and served claim objection | .5 | $125 | $62.50 |
| 11/12/2023 | RAB | Claim objection | Drafted and filed withdrawal of claim objection based on amended claim filed by IRS | .5 | $300 | $150 |
| 11/12/2023 | RAB | Updated chapter 11 plan | Prepared updated plan and cash flow projections | 3.0 | $300 | $900 |
| 11/12/2023 | RAB | Monthly operating report | Drafted monthly operating report for October for client review and signature | 1.0 | $300 | $300 |
| 11/15/2023 | DS | 2nd MT Extend | Drafted and filed Order on 2nd MT Extend for Plan (due 11/27/2023). | .4 | $125 | $50 |
| 11/15/2023 | RAB | Memorandum order of the court | Re David L. Miller motion for relief from stay. Reviewed and forwarded to client and state court counsel | 1.0 | $300 | $300 |
| 11/20/2023 | RAB | Chapter 11 plan | Prepared for filing | .4 | $300 | $120 |
| 11/20/2023 | DS | Chapter 11 plan | Filed plan with exhibits | .3 | $125 | $37.50 |
| 11/21/2023 | RAB | David L. Miller claim | Reviewed claim and prepared claim objection | .8 | $300 | $240 |
| 11/28/2023 | RAB | David L. Miller | Reviewed response to claim objection | .5 | $300 | $150 |
| | | | <mark>All above transferred to billing for Post-filing in Nov</mark> | | | 0 |

# EXHIBIT B – NARRATIVE SUMMARY OF LEGAL SERVICES

 The Debtor has filed his Subchapter V Chapter 11 Plan and will seek confirmation of the Plan.  The Debtor is current on monthly operating reports through October 2023 and is working on the November 2023 monthly operating report due later this month.

# EXHIBIT C - Summary Sheet: Attorney/Paralegal Time

Note: Any instance in which more than one attorney worked on a particular matter has been assigned only to the primary attorney, thereby avoiding duplicate billing to the client.

Ryan A. Blay, Attorney.

Mr. Blay has over 15 years of bankruptcy experience and was the primary attorney on this matter, having previously worked on Chapter 11 and 12 cases. He has spent 38.2 hours of time, from June 28, 2023 through November 30, 2023, working on every aspect of the case from start to the present.


Douglas Sisson, Paralegal.

Mr. Sisson has over 11 years' experience as a bankruptcy paralegal and is the primary paralegal on all complex reorganizations for the firm. He spent 8.3 hours of billable time from June 28, 2023 through November 30, 2023

Label Matrix for local noticing
1083-2
Case 23-20725
District of Kansas
Kansas City
Tue Sep 5 13:04:05 CDT 2023

MarksNelson, LLC
c/o PHWJ PC
attn: Austin B. Hayden
7500 W. 110th St., Suite 110
Overland Park, KS 66210-2476

Anytime Fitness
13154 State Line Road
Leawood KS 66209-1708

Armstrong Teasdale
2345 Grand Blvd, Ste. 1500
Kansas City MO 64108-2617

Armstrong Teasdale LLP
Armstrong Teasdale LLP, Attn: Bev Weber
2345 Grand Blvd.
Suite 1500
Kansas City, MO 64108-2617

Avant/Webbank
222 Merchandise Mart Plaza
Ste. 900
Chicago IL 60654-1105

CREDIT ONE BANK
6801 S. CIMARRON ROAD
Las Vegas NV 89113-2273

Capital One
PO Box 31293
Salt Lake City UT 84131-0293

Capital One NA
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

CommunityAmerica CU
11125 Ambassador Drive
Ste. 100
Kansas City MO 64153-2033

CommunityAmerica CU
9777 Ridge Dr
Lenexa KS 66219-9746

CommunityAmerica CU
PO Box 15950
Lenexa KS 66285-5950

Credit One Bank
PO Box 98873
Las Vegas NV 89193-8873

DALP Investments, Inc.
13124 Meadow Lane
c/o David Miller
Leawood KS 66209-1941

David L. Miller, Trustee of
The David L. Miller Revocable
Trust 2/26/1996
2106 N 114th Terr
Kansas City KS 66109-7504

Discover Bank
Discover Products Inc
PO Box 3025
New Albany OH 430543025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

FIRST PREMIER
3820 N Louise Ave
Sioux Falls SD 57107-0145

GREENBRIER HOMES ASSOCIATION
c/o Centennial Management Co
8845 Bond St
Overland Park KS 66214-1774

Highland Park Investments, Inc.
co Hugh L Marshall
605 W 47th Street Suite 350
Kansas City MO 64112-1912

Higland Park Investments, Inc.
co Hugh L Marshall
605 W 47th Street Suite 350
Kansas City MO 64112-1912

Hopkins Management
235 Westgate Dr.
Union City TN 38261-3058

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Kansas Child Support Enforceme
Attn: Bankruptcy
500 Van Buren
Topeka KS 66603-3335

Kansas Child Support Enforceme
Attn: Bankruptcy
915 SW Harrison Street
Topeka KS 66612-1505

MarksNelson
6800 W. 115th St.
#3511
Leawood KS 66211-2484

Mazuma Credit Union
7260 W 135th St
Overland Park KS 66223-1258

Mazuma Credit Union
9300 Troost Ave
Kansas City MO 64131-3008

| | | |
|---|---|---|
| McDowell Rice Smith & Buchanan<br>605 W 47th Street<br>Ste. 350<br>Kansas City MO 64112-1900 | McDowell, Rice, Smith & Buchan<br>Attn: Hugh L Marshall<br>605 W. 47th St, Suite 350<br>Kansas City MO 64112-1900 | (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 |
| Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Premier Properties LLC<br>c/o Martin, Leigh, Laws &<br>Fritzlen, PC, registered agent<br>6800 W. 68th St.<br>Mission KS 66202 | Royal Seamless Gutter Inc.<br>434 NW Business Park Lane<br>Riverside MO 64150 |
| SPECTRA METAL SALES, INC.<br>6104 Boat Rock Boulevard<br>Atlanta, GA 30336-2706 | SYNCB/SAM'S club<br>4125 Windward plaza<br>Alpharetta GA 30005-8738 | Schilling Law, LLC<br>1321 Central Ave.<br>Kansas City KS 66102-5029 |
| Spectra Metal<br>6104 Boat Rock Blvd SW<br>Atlanta GA 30336-2706 | Sprectra Metal<br>218 E 11th Ave<br>North Kansas City MO 64116-4137 | St. Luke's Hospital of Kansas<br>4401 Wornall Road<br>attn: billing<br>Kansas City MO 64111-3241 |
| Syncb/Venmo<br>4125 Windward Plaza<br>Alpharetta GA 30005-8738 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 | TBOM/ASPIRE<br>PO BOX 105555<br>SW 1340<br>Atlanta GA 30348-5555 |
| TBOM/ASPIRE MC<br>5 CONCOURSE PARKWAY<br>Atlanta GA 30328-5350 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | Wanda Miller<br>15317 Robinson St.<br>Overland Park KS 66223-2843 |
| David Brian Miller<br>13124 Meadow Lane<br>Leawood, KS 66209-1941 | David L. Miller<br>McDowell Rice Smith & Buchanan<br>c/o Hugh Marshall<br>605 W 47th Street<br>Ste 350<br>Kansas City, MO 64112-1900 | Kent L Adams<br>2861 N Tee Time Ct<br>Wichita, KS 67205-1629 |
| Ryan A Blay<br>WM Law<br>15095 W 116th St<br>Olathe, KS 66062-1098 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Bank<br>PO Box 15316<br>Wilmington DE 19850-5316 | JPMCB - Card Services<br>301 N Walnut St, Floor 09<br>Wilmington DE 19801-3935 | Mission Lane Tab Bank<br>101 2nd Street, Ste 350<br>San Francisco CA 94105 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)MarksNelson, LLC
c/o PHWJ PC, attn: Austin B. Hayden
7500 W. 110th St., Suite 110
Overland Park, KS 66210-2476

(u)Name,Address1,Address2,Address3,City,State
Schilling Law, LLC,1321 Central Ave.,,,K

End of Label Matrix
Mailable recipients    51
Bypassed recipients     2
Total                  53