AO436KS
(Rev. 12/16)

**Administrative Office of the United States Courts**
**Digital Recording Order**

*Read Instructions on Next Page.*

| 1. Name | 2. Phone Number | 3. Date |
|---|---|---|
| David B. Miller | (913) 954-0157 | 12/8/23 |

| 4. Mailing Address | 5. City | 6. State | 7. Zip Code |
|---|---|---|---|
| 13124 Meadow Lane | Leawood | KS | 66209 |

| 8. Case Number | 9. Case Name | Date of Proceedings | |
|---|---|---|---|
| 23-20725 | David Brian Miller | 10. 9/28/2023 | 11. |

| 12. Presiding Judicial Official | Location of Proceedings | |
|---|---|---|
| | 13. | 14. Kansas |

**15. Order for** (click arrow to select) (click arrow to select)

☐ Appeal  ☐ Criminal  ☐ Criminal Justice Act  ☒ Bankruptcy
☐ Non-appeal  ☐ Civil  ☐ In Forma Pauperis  ☐ Other (Specify)

**16. CD Requested** (Specify Portion(s) and Date of Proceeding(s) for Which Duplicate Recording(s) Are Requested.)

| Portion(s) | Date | Portion | Date |
|---|---|---|---|
| ☐ Opening Statement (Plaintiff) | | ☐ Testimony (Specify Witness) | |
| ☐ Opening Statement (Defendant) | | | |
| ☐ Closing Argument (Plaintiff) | | ☐ Pre-trial Proceeding (Specify) | |
| ☐ Closing Argument (Defendant) | | | |
| ☐ Opinion of Court | | ☐ Other (Specify) | |
| | | | |

**17. Order**

| | No. Copies | Costs |
|---|---|---|
| ☐ Duplicate CD(s) for Playback on Liberty Player (Copied to CD) | | $34.00 @ $32.00 ea. |
| ☐ Duplicate CD(s) for Playback on Windows Media Player | 1 | |
| Send Requested Audio via E-mail (subject to length of selection) Choose audio file format: ☒ Windows Media Player  ☐ Liberty Player | | |
| Delivery E-mail Address Kcreinvestor@yahoo.com | | |
| **CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges upon completion of the order. | | |

| 18. Signature | | Estimate Total | $34.00 |
|---|---|---|---|
| *[signature]* 12/8/23 | | | |

| 19. Contact E-mail Address | 20. Date 12/8/2023 | |
|---|---|---|

| Processed by STaylor | Phone Number | |
|---|---|---|

| | Date | By | | |
|---|---|---|---|---|
| Order Received | 12/8 | ST | Deposit Paid | — |
| Deposit Paid | | | Total Charges | $34.00 |
| CD Duplicated | 12/8 | ST | | |
| Ordering Party Notified To Pick up CD | 12/8 | ST | | |
| Party Received CD | 12/8 | ST | Total Due | $34.00 |