Official Form 314 (02/20)
David L. Miller Revocable Trust
C/o Hugh L Marshall
605 W 47th Street Suite 350
Kansas City MO 64112
hughm@mcdowellrice.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re: | DAVID BRIAN MILLER ) | Case No. 23-20725-DLS |
| | Debtor and Debtor-in-Possession ) | Chapter 11 (Voluntary), Subchapter V |

## BALLOT FOR ACCEPTING OR REJECTING SUBCHAPTER V SMALL BUSINESS PLAN OF REORGANIZATION FOR DEBTOR, DAVID BRIAN MILLER, DOC. #75

David B. Miller, the above-captioned Debtor and Debtor-in-Possession (the "Debtor") has filed an initial **Subchapter V Small Business Plan of Reorganization (Doc. #75; the "Plan") dated 11/20/2023**. If you do not have a copy of the Plan, you may obtain a copy from Counsel for the Debtor, Ryan A. Blay of WM Law at 15095 116th St. Olathe Kansas 66062. Phone: (913) 422-0909 / Fax: (913) 428-8549 / E-mail: blay@wagonergroup.com.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Proof of Claim (or equitable interest) has not been provided for under the Plan. If you hold claims or equity interests in more than one Class, you will receive a ballot for each Class in which you are entitled to vote.

If your ballot is not received by Ryan A. Blay of WM Law at 15095 West 116th St., Olathe Kansas 66062 or via email to: blay@wagonergroup.com on or before **January 3, 2024**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### Acceptance or Rejection of the Plan

The undersigned, the holder of a secured claim against the Debtor in the amount of: $145.150 plus 4% interest (POC 20-1).

*Check one box only:*

☐ **Accepts the Plan**
☒ **Rejects the Plan**

Dated: 12/11/2023

Print or type name of creditor or editable interest holder: David L. Miller Revocable Trust

Print or type name: Hugh L. Marshall, attorney for creditor

Signature: *[signature]*

Title (if corporation or partnership) Attorney

Address: 605 W. 47th St., Ste. 350
Kansas City MO 64112
ph. 816-753-5400; fax 816-753-9996; email hughm@mcdowellrice.com

---

**Return this ballot to:**
WM Law
C/o Ryan A. Blay
15095 West 116th St.
Olathe Kansas 66062
Ph: (913) 422-0909 / Fax: (913) 428-8549
Email: blay@wagonergroup.com

Note: Ballot(s) may also be returned via facsimile or electronic mail as designated above so long as the ballot is signed by the balloter. Unsigned ballots will not be counted.

1