Official Form 314 (02/20)
Highland Park Investments, Inc.
C/o Hugh L Marshall
605 W 47th Street Suite 350
Kansas City MO 64112
hughm@mcdowellrice.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: DAVID BRIAN MILLER ) Case No. 23-20725-DLS
Debtor and Debtor-in-Possession ) Chapter 11 (Voluntary), Subchapter V

## BALLOT FOR ACCEPTING OR REJECTING SUBCHAPTER V SMALL BUSINESS PLAN OF REORGANIZATION FOR DEBTOR, DAVID BRIAN MILLER, DOC. #75

David B. Miller, the above-captioned Debtor and Debtor-in-Possession (the "Debtor") has filed an initial **Subchapter V Small Business Plan of Reorganization (Doc. #75; the "Plan") dated 11/20/2023**. If you do not have a copy of the Plan, you may obtain a copy from Counsel for the Debtor, Ryan A. Blay of WM Law at 15095 116th St. Olathe Kansas 66062. Phone: (913) 422-0909 / Fax: (913) 428-8549 / E-mail: blay@wagonergroup.com.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Proof of Claim (or equitable interest) has been placed in **Class [3]** under the Plan. If you hold claims or equity interests in more than one Class, you will receive a ballot for each Class in which you are entitled to vote.

If your ballot is not received by Ryan A. Blay of WM Law at 15095 West 116th St., Olathe Kansas 66062 or via email to: blay@wagonergroup.com on or before **January 3, 2024**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

Acceptance or Rejection of the Plan

The undersigned, the holder of a **Class [3]** claim against the Debtor in the amount of: **$172,268.49 (POC 2-2), $145892.47 (POC 3-1), $102,665.07 (POC 4-1), plus $58,739.88 (POC 5-3)**. *Check one box only:*

☐ Accepts the Plan
☒ Rejects the Plan

Dated: 12/11/2023

Print or type name of creditor or editable interest holder: Highland Park Investments, Inc.

Print or type name: Hugh L. Marshall, attorney for creditor

Signature: _/s/ [signature]_

Title (if corporation or partnership) Attorney

Address: 605 W. 47th Street, Suite 350

Kansas City, MO 64112

ph. 816-753-5400; fax 816-753-9996; email hughm@mcdowellrice.com

---

**Return this ballot to:**
WM Law
C/o Ryan A. Blay
15095 West 116th St.
Olathe Kansas 66062
Ph: (913) 422-0909 / Fax: (913) 428-8549
Email: blay@wagonergroup.com
Note: Ballot(s) may also be returned via facsimile or electronic mail as designated above so long as the ballot is signed by the balloter. Unsigned ballots will not be counted.