Capital One Trade Credit
PO Box 60506
City of Industry CA 91716-0506


Capital One/Menards
PO Box 30253
Salt Lake City UT 84130


Capital One/Menards
PO Box 31293
Salt Lake City UT 84131


Gutter Supply, Inc.
935 Campus Dr.
Mundelein IL 60060


Lowe's
PO Box 530954
Atlanta GA 30353-0954


Lowe's/Synchrony Bank
PO Box 965003
Orlando FL 32896-5003