# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In re:  DAVID BRIAN MILLER            )    Case No. 23-20725-DLS
        Debtor and Debtor-in-Possession   )    Chapter 11 (Voluntary), Subchapter V

**CREDITOR BALLOT SUMMARY ON DEBTOR'S INITIAL SUBCHAPTER V SMALL BUSINESS PLAN OF REORGANIZATION FOR DAVID BRIAN MILLER, DOC. NO. 75**

| Creditor Class # | Creditor Address(es) & Email (If Applicable) | Proof of Claim No. (If filed) | Balloted? (Yes, No, or N/a) | Party's Vote (Accept/Reject/No Vote/N/a) |
|---|---|---|---|---|
| 1 | CommunityAmerica CU<br>PO Box 15950<br>Lenexa KS 66285<br>jwalbert@cacu.com<br><br>Amount claimed:  $14,630.85 | 18-1 | Yes | **No Vote** |
| 1 | Mazuma Credit Union<br>7260 W 135th St<br>Overland Park KS 66223<br>Carla.reed@mazuma.org<br><br>Amount claimed:  $17,284.45 | 9-1 | Yes | **No Vote** |
| 1 | Mazuma Credit Union<br>7260 W 135th St<br>Overland Park KS 66223<br>Carla.reed@mazuma.org<br><br>Amount claimed:  $18,769.10 | 10-1 | No | **N/a** |
| 1 | Mazuma Credit Union<br>7260 W 135th St<br>Overland Park KS 66223<br>Carla.reed@mazuma.org<br><br>Amount claimed:  $18,701.93 | 11-1 | No | **N/a** |
| 1 | HOPKINS INVESTMENTS<br>235 WESTGATE DR<br>PO BOX 1115<br>UNION CITY TN 38281-1115<br><br>Amount claimed:  None filed | No Claim | Yes | **No Vote** |
| 2 | Wanda Miller<br>15317 Robinson St.<br>Overland Park, KS 66223<br><br>Amount claimed:  None Filed | No Claim | No | **N/a** |
| 3 | Discover Bank<br>C/o Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025<br>mrdiscpc@discover.com | 1-1 | Yes | **Reject** |

| Creditor Class # | Creditor Address(es) & Email (If Applicable) | Proof of Claim No. (If filed) | Balloted? (Yes, No, or N/a) | Party's Vote (Accept/Reject/ No Vote / N/a) |
|---|---|---|---|---|
| | Amount claimed: $5040.27 | | | |
| 3 | Highland Park Investments, Inc. C/o Hugh L Marshall 605 W 47th Street Suite 350 Kansas City MO 64112 hughm@mcdowellrice.com Amount claimed: $172,268.49 | 2-2 | Yes | **Reject** |
| 3 | Highland Park Investments, Inc. C/o Hugh L Marshall 605 W 47th Street Suite 350 Kansas City MO 64112 hughm@mcdowellrice.com Amount claimed: $145892.47 | 3-1 | No | **Reject** |
| 3 | Highland Park Investments, Inc. C/o Hugh L Marshall 605 W 47th Street Suite 350 Kansas City MO 64112 hughm@mcdowellrice.com Amount claimed: $102,665.07 | 4-1 | No | **Reject** |
| 3 | Highland Park Investments, Inc. C/o Hugh L Marshall 605 W 47th Street Suite 350 Kansas City MO 64112 hughm@mcdowellrice.com Amount claimed: $58,739.88 | 5-3 | No | **Reject** |
| 3 | JPMORGAN CHASE BANK, N.A. S/B/M/T CHASE BANK USA, N.A. c/o Robertson, Anschutz, Schneid,CRANE & PARTNERS, 6409 CONGRESS AVE STE 100 BOCA RATON FL 33487-2853 ChasePOCNotification@rasflaw.com Amount claimed: $3,124.16 | 7-1 | Yes | **No Vote** |
| 3 | MarksNelson, LLC c/o PHWJ PC, attn: Austin B. Hayden 7500 W. 110th St., Suite 110 Overland Park, KS 66210 ahayden@phwjlaw.com Amount claimed: $715.00 (Pursuant to Order Granting Objection to Claim, Doc. #50) | 8-1 | Yes | **Accept** |
| 3 | SPECTRA METAL SALES, INC. 6104 Boat Rock Boulevard | 12-1 | Yes | **No Vote** |

| Creditor Class # | Creditor Address(es) & Email (If Applicable) | Proof of Claim No. (If filed) | Balloted? (Yes, No, or N/a) | Party's Vote (Accept/Reject/ No Vote / N/a) |
|---|---|---|---|---|
| | Atlanta, GA 30336 s.finley@spectraguttersystems.com  Amount claimed: $132,924.56 | | | |
| 3 | Capital One NA 4515 N Santa Fe Ave Oklahoma City OK 73118 Poc_AIS@aisinfo.com  Amount claimed: $1,385.38 | 13-1 | Yes | No Vote |
| 3 | Premier Bankcard, LLC C/o Jefferson Capital Systems LLC Assignee Po Box 7999 Saint Cloud MN 56302-9617 Bankruptcy@JCAP.com  Amount claimed: $794.21 | 14-1 | Yes | No Vote |
| 3 | ARMSTRONG TEASDALE LLP, Attn: Bev Weber 2345 GRAND BLVD STE 1500 KANSAS CITY MO 64108-2617 bweber@atllp.com  Amount claimed: $8,283.43 | 15-1 | Yes | No Vote |
| 3 | Synchrony Bank re VenMo by AIS InfoSource LP as agent 4515 N Santa Fe Ave Oklahoma City OK 73118 Poc_AIS@aisinfo.com  Amount claimed: $990.17 | 16-1 | Yes | No Vote |
| 3 | Synchrony Bank re Sam's Club by AIS InfoSource LP as agent 4515 N Santa Fe Ave Oklahoma City OK 73118 Poc_AIS@aisinfo.com  Amount claimed: $1,361.77 | 17-1 | Yes | No Vote |
| 3 | CommunityAmerica CU PO Box 15950 Lenexa KS 66285 jwalbert@cacu.com  Amount claimed: $9,443.98 | 19-1 | No | N/a |
| 3 | Mazuma Credit Union 7260 W 135th St Overland Park KS 66223 Carla.reed@mazuma.org | 10-1 | No | N/a |

| Creditor Class # | Creditor Address(es) & Email (If Applicable) | Proof of Claim No. (If filed) | Balloted? (Yes, No, or N/a) | Party's Vote (Accept/Reject/ No Vote / N/a) |
|---|---|---|---|---|
| | Amount claimed: TBD - Unsecured portion of Claim 10-1 | | | |
| 3 | Mazuma Credit Union 7260 W 135th St Overland Park KS 66223 Carla.reed@mazuma.org  Amount claimed: TBD - Unsecured portion of Claim 11-1 | 11-1 | No | N/a |
| 3 | Avant/Webbank 222 Merchandise Mart Plaza Ste. 900 Chicago, IL 60654 | No claim | Yes | No Vote |
| 3 | Credit One Bank PO Box 98873 Las Vegas NV 89193 | No claim | Yes | No Vote |
| 3 | Mission Lane Tab Bank 101 2nd Street, Ste 350 San Francisco CA 94105 | No claim | Yes | No Vote |
| 3 | Schilling Law, LLC 1321 Central Ave. Kansas City KS 66102 | No claim | Yes | No Vote |
| 3 | St. Luke's Hospital of Kansas 4401 Wornall Road attn: billing Kansas City MO 64111 | No claim | Yes | No Vote |
| 3 | TBOM/ASPIRE PO BOX 105555 SW 1340 Atlanta GA 30348 | No claim | Yes | No Vote |
| 4 | David B. Miller, Debtor | No Claim | No | N/a |

Dated: January 8, 2024

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
bankruptcy@wagonergroup.com / blay@wagonergroup.com
ATTORNEYS FOR DEBTOR/DEBTOR-IN-POSSESSION