CommunityAmerica Credit Union	09/12/2023 11:41 AM

## Chiefs Checking *5701

Available **$1,408.77**
Current **$1,408.77**

## Aug 1, 2023 - Aug 31, 2023 Custom

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 08/31/2023 | Point Of Sale Withdrawal / WAL-MART #2955 1701 W 133RD ST KANSAS CITY MOUS | -$28.64 | $977.16 |
| 08/31/2023 | Point Of Sale Withdrawal / SAMSCLUB.COM 888-746-7726 ARUS | -$39.23 | $1,005.80 |
| 08/31/2023 | Point Of Sale Deposit / VENMO*Miller David New York City NYUS | $541.36 | $1,045.03 |
| 08/31/2023 | Point Of Sale Withdrawal ROBLOX / 1.888.858.25HTTPSCORP.ROB CAUS | -$19.99 | $503.67 |
| 08/31/2023 | Point Of Sale Withdrawal BLUE / SPRINGS RENTALBLUE SPRINGS MOUS | -$391.41 | $523.66 |
| 08/30/2023 | Point Of Sale Withdrawal CASH / APP*THOMAS BRA8774174551 CAUS | -$100.00 | $915.07 |
| 08/30/2023 | Point Of Sale Withdrawal / CULVERS OF KANSAS CKANSAS CITY MOUS | -$20.00 | $1,015.07 |
| 08/29/2023 | Point Of Sale Withdrawal / Wal-Mart Super 2955 WAL-SAMS KANSAS CITY MOUS | -$29.28 | $1,035.07 |
| 08/29/2023 | Point Of Sale Withdrawal / WAL-MART #2955 1701 W 133RD ST KANSAS CITY MOUS | -$24.98 | $1,064.35 |
| 08/29/2023 | Point Of Sale Withdrawal CCW / SAFE 405-7248501 OKUS | -$52.00 | $1,089.33 |
| 08/29/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | -$8.72 | $1,141.33 |
| 08/29/2023 | Point Of Sale Withdrawal / MCDONALD'S F25248 KANSAS CITY MOUS | -$4.09 | $1,150.05 |
| 08/28/2023 | ATM Foreign Transaction Fee | -$1.50 | $1,154.14 |
| 08/28/2023 | Point Of Sale Withdrawal / WAL-MART #2955 1701 W 133RD ST KANSAS CITY MOUS | -$18.85 | $1,155.64 |
| 08/28/2023 | Point Of Sale Withdrawal SAMS / CLUB #4707 SAM'S Club OVERLAND PARK KSUS | -$94.71 | $1,174.49 |
| 08/28/2023 | ATM Withdrawal HF Kansas City / 5000 Banister Rd Kansas City MOUS | -$28.50 | $1,269.20 |
| 08/28/2023 | Point Of Sale Withdrawal / ABC*ANYTIME FITNESS888-8279262 KSUS | -$24.55 | $1,297.70 |
| 08/28/2023 | Point Of Sale Withdrawal THE / HOME DEPOT # KANSAS CITY MOUS | -$12.05 | $1,322.25 |
| 08/28/2023 | Point Of Sale Withdrawal / Walmart.com Bentonville ARUS | -$16.35 | $1,334.30 |
| 08/28/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | -$8.28 | $1,350.65 |
| 08/28/2023 | Point Of Sale Withdrawal / MCDONALD'S F25248 KANSAS CITY MOUS | -$4.09 | $1,358.93 |
| 08/28/2023 | Point Of Sale Withdrawal ROBLOX / 1.888.858.25HTTPSCORP.ROB CAUS | -$19.99 | $1,363.02 |
| 08/28/2023 | Point Of Sale Withdrawal / Wal-Mart Super 2955 WAL-SAMS KANSAS CITY MOUS | -$28.27 | $1,383.01 |
| 08/28/2023 | Point Of Sale Withdrawal JIMMY / JOHNS - 1085 773-562-2583 KSUS | -$25.72 | $1,411.28 |
| 08/28/2023 | Point Of Sale Withdrawal QT 278 / INSIDE KANSAS CITY MOUS | -$1.76 | $1,437.00 |
| 08/28/2023 | Point Of Sale Withdrawal / VSI*LEAWOOD AQUATICLEAWOOD KSUS | -$9.50 | $1,438.76 |
| 08/28/2023 | Point Of Sale Withdrawal / VSI*LEAWOOD AQUATICLEAWOOD KSUS | -$6.50 | $1,448.26 |
| 08/28/2023 | Point Of Sale Withdrawal / VSI*LEAWOOD AQUATICLEAWOOD KSUS | -$12.00 | $1,454.76 |
| 08/28/2023 | Point Of Sale Withdrawal CASH / APP*ERIC PAGE 8774174551 CAUS | -$400.00 | $1,466.76 |
| 08/26/2023 | Point Of Sale Withdrawal HAND / AND STONE MASS913-225-9341 KSUS | -$70.00 | $1,866.76 |
| 08/26/2023 | Point Of Sale Withdrawal QT 278 / INSIDE KANSAS CITY MOUS | -$9.06 | $1,936.76 |
| 08/26/2023 | Point Of Sale Withdrawal US Law / Shield KS 877-4486839 TXUS | -$12.95 | $1,945.82 |
| 08/26/2023 | Point Of Sale Withdrawal WM / SUPERCENTER Wal-Mart Super CentKANSAS CITY MOUS | -$15.98 | $1,958.77 |
| 08/25/2023 | Point Of Sale Withdrawal TST* / Providence PizGrandview MOUS | -$42.70 | $1,974.75 |
| 08/25/2023 | Point Of Sale Withdrawal / FREDDY'S 19-0042 KANSAS CITY MOUS | -$6.62 | $2,017.45 |
| 08/25/2023 | ACH Payment JOHNSON COUNTY W / BILL PAY SERVICE - BILL PAYMT | -$100.00 | $2,024.07 |

Case 23-20725    Doc# 101    Filed 01/10/24    Page 1 of 5

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 08/24/2023 | Point Of Sale Withdrawal / SAMSCLUB.COM 888-746-7726 ARUS | -$65.30 | $2,124.07 |
| 08/24/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | -$8.72 | $2,189.37 |
| 08/23/2023 | ATM Foreign Transaction Fee | -$1.50 | $2,198.09 |
| 08/23/2023 | Point Of Sale Withdrawal / WAL-MART #2955 1701 W 133RD ST KANSAS CITY MOUS | -$18.87 | $2,199.59 |
| 08/23/2023 | ATM Withdrawal GL South Indy C / 3721 South Nolen RoIndependence MOUS | -$193.00 | $2,218.46 |
| 08/23/2023 | Point Of Sale Withdrawal TACO / BELL #034391 KANSAS CITY MOUS | -$5.97 | $2,411.46 |
| 08/23/2023 | Point Of Sale Withdrawal PY / *SPIN PIZZA PRAIPRAIRIE VILLA KSUS | -$2.75 | $2,417.43 |
| 08/23/2023 | Point Of Sale Withdrawal PY / *SPIN PIZZA PRAIPRAIRIE VILLA KSUS | -$28.14 | $2,420.18 |
| 08/22/2023 | Check #9143: Check | -$337.00 | $2,448.32 |
| 08/22/2023 | Point Of Sale Withdrawal WM / SUPERCENTER Wal-Mart Super CentKANSAS CITY MOUS | -$73.32 | $2,785.32 |
| 08/22/2023 | Point Of Sale Withdrawal / Walmart.com Bentonville ARUS | -$85.61 | $2,858.64 |
| 08/22/2023 | ACH Deposit ROYAL SEAMLESS G - / PAYROLL | $1,716.28 | $2,944.25 |
| 08/21/2023 | Point Of Sale Withdrawal / STEAMGAMES.COM 4259425-8899642 WAUS | -$10.90 | $1,227.97 |
| 08/21/2023 | Point Of Sale Withdrawal PRICE / CHOPPER 5 13351 MISSION ROAD LEAWOOD KSUS | -$25.95 | $1,238.87 |
| 08/21/2023 | Point Of Sale Withdrawal WL / *Steam Purchase 425-9522985 WAUS | -$21.81 | $1,264.82 |
| 08/21/2023 | Point Of Sale Withdrawal / Walmart.com Bentonville ARUS | -$7.65 | $1,286.63 |
| 08/21/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | -$21.81 | $1,294.28 |
| 08/21/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | -$21.81 | $1,316.09 |
| 08/21/2023 | Point Of Sale Withdrawal / STEAMGAMES.COM 4259425-8899642 WAUS | -$16.35 | $1,337.90 |
| 08/21/2023 | Point Of Sale Withdrawal / SAMSCLUB.COM 888-746-7726 ARUS | -$54.51 | $1,354.25 |
| 08/21/2023 | Point Of Sale Withdrawal WM / SUPERCENTER Wal-Mart Super CentKANSAS CITY MOUS | -$7.44 | $1,408.76 |
| 08/21/2023 | Deposit Shared Branch Check / Deposit #99837227 | $1,000.00 | $1,416.20 |
| 08/19/2023 | Point Of Sale Withdrawal / Walmart.com Bentonville ARUS | -$122.51 | $416.20 |
| 08/19/2023 | Point Of Sale Withdrawal / Walmart.com Bentonville ARUS | -$5.23 | $538.71 |
| 08/18/2023 | Point Of Sale Withdrawal / SAMSCLUB.COM 888-746-7726 ARUS | -$78.58 | $543.94 |
| 08/18/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | -$13.08 | $622.52 |
| 08/18/2023 | Point Of Sale Withdrawal PIZZA / STREET OLATOLATHE KSUS | -$10.94 | $635.60 |
| 08/17/2023 | ATM Foreign Transaction Fee | -$1.50 | $646.54 |
| 08/17/2023 | Point Of Sale Withdrawal / Wal-Mart Super 2955 WAL-SAMS KANSAS CITY MOUS | -$15.00 | $648.04 |
| 08/17/2023 | ATM Withdrawal MO STATE LINE A / 13531 MADISON AVE Kansas City MOUS | -$48.00 | $663.04 |
| 08/17/2023 | Point Of Sale Withdrawal PRICE / CHOPPER 5 13351 MISSION ROAD LEAWOOD KSUS | -$3.51 | $711.04 |
| 08/17/2023 | Point Of Sale Withdrawal / Wal-Mart Super 2955 WAL-SAMS KANSAS CITY MOUS | -$13.14 | $714.55 |
| 08/17/2023 | Point Of Sale Withdrawal / AMAZON.COM SEATTLE WAUS | -$95.91 | $727.69 |
| 08/17/2023 | Point Of Sale Withdrawal MEYER / MUSIC CO OVERLAND PARK KSUS | -$80.69 | $823.60 |
| 08/17/2023 | Point Of Sale Withdrawal CASH / APP*THOMAS BRA800-9691940 CAUS | -$100.00 | $904.29 |
| 08/16/2023 | Point Of Sale Withdrawal AMZN / Mktp US*TQ29I3Amzn.com/bill WAUS | -$62.07 | $1,004.29 |
| 08/16/2023 | Deposit Shared Branch Check / Deposit #99800448 | $1,000.00 | $1,066.36 |
| 08/16/2023 | Point Of Sale Withdrawal QT 225 / KANSAS CITY MOUS | -$3.68 | $66.36 |
| 08/16/2023 | ACH Payment PAYPAL 230815PPZ9FU / - INST XFER | -$21.81 | $70.04 |
| 08/16/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | -$21.81 | $91.85 |
| 08/16/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | -$10.90 | $113.66 |

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 08/16/2023 | International Fee US Funds / International Fee US Funds | -$3.00 | $124.56 |
| 08/16/2023 | Point Of Sale Withdrawal / GLOBALPOK GOLD COINTA XBIEX MTMT | -$300.00 | $127.56 |
| 08/15/2023 | Point Of Sale Withdrawal / FREDDY'S 19-0042 KANSAS CITY MOUS | -$11.04 | $427.56 |
| 08/15/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | -$21.81 | $438.60 |
| 08/15/2023 | Point Of Sale Withdrawal / Wal-Mart Super 2955 WAL-SAMS KANSAS CITY MOUS | -$5.02 | $460.41 |
| 08/14/2023 | Point Of Sale Withdrawal / SAMSCLUB.COM 888-746-7726 ARUS | -$21.30 | $465.43 |
| 08/14/2023 | Point Of Sale Withdrawal WL / *Steam Purchase 425-9522985 WAUS | -$65.45 | $486.73 |
| 08/14/2023 | Point Of Sale Withdrawal / Wal-Mart Super 2955 WAL-SAMS KANSAS CITY MOUS | -$54.59 | $552.18 |
| 08/14/2023 | Point Of Sale Withdrawal / Walmart.com Bentonville ARUS | -$51.23 | $606.77 |
| 08/14/2023 | Point Of Sale Withdrawal / ABC*ANYTIME FITNESS888-8279262 KSUS | -$24.55 | $658.00 |
| 08/14/2023 | ACH Payment AMERICAN FAMILY - / AFT | -$123.12 | $682.55 |
| 08/14/2023 | Point Of Sale Withdrawal / MCDONALD'S F25248 KANSAS CITY MOUS | -$4.09 | $805.67 |
| 08/14/2023 | Point Of Sale Withdrawal / SAMSCLUB.COM 888-746-7726 ARUS | -$50.95 | $809.76 |
| 08/14/2023 | Point Of Sale Withdrawal / Walmart.com Bentonville ARUS | -$17.71 | $860.71 |
| 08/14/2023 | Point Of Sale Withdrawal / FREDDY'S 19-0042 KANSAS CITY MOUS | -$11.04 | $878.42 |
| 08/14/2023 | Point Of Sale Withdrawal / MCDONALD'S F25248 KANSAS CITY MOUS | -$1.54 | $889.46 |
| 08/14/2023 | Point Of Sale Withdrawal / VSI*JACKSONCTYPARKRBLUE SPRINGS MOUS | -$2.00 | $891.00 |
| 08/14/2023 | Point Of Sale Withdrawal AMZN / Mktp US*TO1CA3Amzn.com/bill WAUS | -$21.81 | $893.00 |
| 08/14/2023 | Point Of Sale Withdrawal AMZN / Mktp US*TO1WV5Amzn.com/bill WAUS | -$94.62 | $914.81 |
| 08/12/2023 | Point Of Sale Withdrawal / Walmart.com Bentonville ARUS | -$82.08 | $1,009.43 |
| 08/12/2023 | Point Of Sale Withdrawal WM / SUPERCENTER Wal-Mart Super CentKANSAS CITY MOUS | -$67.15 | $1,091.51 |
| 08/12/2023 | Point Of Sale Withdrawal GO / CHICKEN GO 7TH SKANSAS CITY KSUS | -$10.04 | $1,158.66 |
| 08/12/2023 | Point Of Sale Withdrawal / Walmart.com Bentonville ARUS | -$0.80 | $1,168.70 |
| 08/12/2023 | Point Of Sale Withdrawal PURE / WATER DELIVERY816-4071888 MOUS | -$67.10 | $1,169.50 |
| 08/12/2023 | Point Of Sale Withdrawal CASH / APP*THOMAS BRA8774174551 CAUS | -$100.00 | $1,236.60 |
| 08/11/2023 | Point Of Sale Withdrawal QT 168 / KANSAS CITY MOUS | -$4.42 | $1,336.60 |
| 08/11/2023 | International Fee US Funds / International Fee US Funds | -$3.00 | $1,341.02 |
| 08/11/2023 | Point Of Sale Withdrawal / GLOBALPOK GOLD COINTA XBIEX MTMT | -$300.00 | $1,344.02 |
| 08/10/2023 | Point Of Sale Withdrawal / Pan-Asia Market 11940 Metcalf Ave Overland KSUS | -$8.84 | $1,644.02 |
| 08/10/2023 | Point Of Sale Withdrawal WM / SUPERCENTER Wal-Mart Super CentKANSAS CITY MOUS | -$7.63 | $1,652.86 |
| 08/10/2023 | Point Of Sale Withdrawal / SAMSCLUB #4707 8300 WEST 135TH STROVERLAND PARK KSUS | -$68.59 | $1,660.49 |
| 08/10/2023 | Point Of Sale Withdrawal / MCDONALD'S F25248 KANSAS CITY MOUS | -$1.10 | $1,729.08 |
| 08/09/2023 | Point Of Sale Withdrawal / WAL-MART #2955 1701 W 133RD ST KANSAS CITY MOUS | -$17.40 | $1,730.18 |
| 08/09/2023 | Point Of Sale Deposit CASH / APP*CASH OUT Visa Direct CAUS | $1,695.00 | $1,747.58 |
| 08/09/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | -$1,584.09 | $52.58 |
| 08/09/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | -$21.81 | $1,636.67 |
| 08/08/2023 | Point Of Sale Withdrawal SAM'S / Club 4707 WAL-SAMS OVERLAND PARK KSUS | -$97.53 | $1,658.48 |
| 08/08/2023 | Descriptive Withdrawal Official / Check | -$1,895.00 | $1,756.01 |
| 08/08/2023 | Point Of Sale Withdrawal WL / *Steam Purchase 425-9522985 WAUS | -$16.35 | $3,651.01 |
| 08/08/2023 | ACH Payment PAYPAL 230807PPZ9U2 / - INST XFER | -$21.81 | $3,667.36 |
| 08/08/2023 | Point Of Sale Withdrawal TSA / KANSAS CITY STROVERLAND PARK KSUS | -$5.44 | $3,689.17 |

**Case 23-20725    Doc# 101    Filed 01/10/24    Page 3 of 5**

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 08/08/2023 | ACH Payment PAYPAL 230807PPZ7CN / - INST XFER | -$21.81 | $3,694.61 |
| 08/08/2023 | ACH Deposit ROYAL SEAMLESS G - / PAYROLL | $1,615.09 | $3,716.42 |
| 08/08/2023 | ACH Deposit VENMO - CASHOUT | $1,895.00 | $2,101.33 |
| 08/07/2023 | Point Of Sale Withdrawal / STEAMGAMES.COM 4259425-8899642 WAUS | -$16.35 | $206.33 |
| 08/07/2023 | Point Of Sale Withdrawal WL / *Steam Purchase 425-9522985 WAUS | -$21.81 | $222.68 |
| 08/07/2023 | Point Of Sale Withdrawal QT 213 / SMITHVILLE MOUS | -$2.27 | $244.49 |
| 08/07/2023 | Point Of Sale Deposit / VENMO*Miller David New York City NYUS | $196.50 | $246.76 |
| 08/07/2023 | ACH Payment PAYPAL 230806PPZ371 / - INST XFER | -$21.81 | $50.26 |
| 08/07/2023 | Point Of Sale Withdrawal Amazon / Prime*TA21L0Amzn.com/bill WAUS | -$14.99 | $72.07 |
| 08/07/2023 | Point Of Sale Withdrawal / SAMSCLUB.COM 888-746-7726 ARUS | -$22.35 | $87.06 |
| 08/07/2023 | Point Of Sale Withdrawal / WAL-MART #2955 1701 W 133RD ST KANSAS CITY MOUS | -$9.46 | $109.41 |
| 08/07/2023 | Point Of Sale Withdrawal PRICE / CHOPPER #319 SMITHVILLE MOUS | -$14.82 | $118.87 |
| 08/07/2023 | Point Of Sale Withdrawal / VSI*CC-RECTRAC LIBERTY MOUS | -$20.60 | $133.69 |
| 08/05/2023 | Point Of Sale Withdrawal PRICE / CHOPPER # 122 N US-169 SMITHVILLE MOUS | -$2.84 | $154.29 |
| 08/05/2023 | Point Of Sale Withdrawal CLAY / COUNTY PAR 3008 NE 180TH ST SMITHVILLE MOUS | -$12.47 | $157.13 |
| 08/05/2023 | Point Of Sale Withdrawal / MCDONALD'S F25248 KANSAS CITY MOUS | -$4.09 | $169.60 |
| 08/05/2023 | Point Of Sale Withdrawal / LAKEVIEW CAMPGROUND816-580-3217 MOUS | -$90.00 | $175.19 |
| 08/04/2023 | ATM Foreign Transaction Fee | -$1.50 | $173.69 |
| 08/04/2023 | Point Of Sale Withdrawal / Wal-Mart Super 2955 WAL-SAMS KANSAS CITY MOUS | -$48.47 | $265.19 |
| 08/04/2023 | ATM Withdrawal HF Kansas City / 5000 Banister Rd Kansas City MOUS | -$178.50 | $313.66 |
| 08/04/2023 | Point Of Sale Withdrawal TRADER / JOE S #72 TRLEAWOOD KSUS | -$4.25 | $492.16 |
| 08/04/2023 | ACH Payment PAYPAL INSTANT / TRANSFER - INST XFER | -$21.81 | $496.41 |
| 08/04/2023 | ACH Payment AMERICAN FAMILY - / AFT | -$408.87 | $518.22 |
| 08/04/2023 | Point Of Sale Withdrawal / MCDONALD'S F25248 KANSAS CITY MOUS | -$4.09 | $927.09 |
| 08/04/2023 | Point Of Sale Withdrawal CASH / APP*THOMAS BRA8774174551 CAUS | -$100.00 | $931.18 |
| 08/03/2023 | Point Of Sale Withdrawal / Walmart.com Bentonville ARUS | -$49.60 | $1,031.18 |
| 08/03/2023 | Point Of Sale Withdrawal / SAMSCLUB.COM 888-746-7726 ARUS | -$63.33 | $1,080.78 |
| 08/03/2023 | Point Of Sale Withdrawal QT 178 / KANSAS CITY MOUS | -$7.93 | $1,144.11 |
| 08/03/2023 | Point Of Sale Withdrawal / NETFLIX.COM NETFLIX.COM CAUS | -$15.49 | $1,152.04 |
| 08/03/2023 | Deposit | $1,000.00 | $1,167.53 |
| 08/03/2023 | Point Of Sale Withdrawal / Walmart.com Bentonville ARUS | -$1.59 | $167.53 |
| 08/03/2023 | Point Of Sale Withdrawal / MCDONALD'S F25248 KANSAS CITY MOUS | -$4.09 | $169.12 |
| 08/03/2023 | Point Of Sale Withdrawal Oculus / 650-5434800 CAUS | -$19.99 | $173.21 |
| 08/02/2023 | Point Of Sale Withdrawal Oculus / 650-5434800 CAUS | -$19.99 | $193.20 |
| 08/02/2023 | Point Of Sale Withdrawal / SAMSCLUB.COM 888-746-7726 ARUS | -$62.89 | $213.19 |
| 08/02/2023 | Point Of Sale Withdrawal / Walmart.com Bentonville ARUS | -$2.58 | $276.08 |
| 08/02/2023 | Point Of Sale Withdrawal / MCDONALD'S F25248 KANSAS CITY MOUS | -$3.65 | $278.66 |
| 08/02/2023 | Point Of Sale Withdrawal / MCDONALD'S F25248 KANSAS CITY MOUS | -$6.29 | $282.31 |
| 08/01/2023 | Point Of Sale Withdrawal / APPLE.COM/BILL 866-712-7753 CAUS | -$0.99 | $288.60 |
| 08/01/2023 | Point Of Sale Withdrawal / Walmart.com Bentonville ARUS | -$58.96 | $289.59 |
| 08/01/2023 | Point Of Sale Deposit APPLE / CASH INST XFEVisa Direct CAUS | $115.24 | $348.55 |

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 08/01/2023 | Descriptive Deposit Chiefs / Cashback | $5.00 | $233.31 |
| 08/01/2023 | Point Of Sale Withdrawal / Wal-Mart Super 2955 WAL-SAMS KANSAS CITY MOUS | -$40.45 | $228.31 |
| 08/01/2023 | Point Of Sale Withdrawal Oculus / 650-5434800 CAUS | -$33.02 | $268.76 |

Case 23-20725    Doc# 101    Filed 01/10/24    Page 5 of 5