**SO ORDERED.**

**SIGNED this 11th day of January, 2024.**



_Dale L. Somers_
Dale L. Somers
United States Chief Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| In re: | DAVID BRIAN MILLER, | ) | Case No. 23-20725-DLS |
| | Debtor and Debtor-in-Possession | ) | Chapter 11 (Voluntary), Subchapter V |

**AMENDED ORDER GRANTING INITIAL FEE APPLICATION OF WM LAW, FOR ALLOWANCE OF COMPENSATION INCURRED AS ATTORNEYS FROM JUNE 28, 2023 THROUGH NOVEMBER 30, 2023 IN AMOUNT OF $13,700 AND REIMBURSEMENT OF EXPENSES IN THE AMOUNT OF $286.73 FOR A TOTAL AMOUNT OF $13,986.73 (DOC. #83)**

On **12/6/2023,** the above-captioned Debtor and Debtor-in-Possession (hereinafter the "Debtor") filed **Document No. 83,** the Initial Fee Application of WM Law (the "Application"). The Court finds that the Application, with no objection filed and no hearing held, is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that the Application is granted and the Order hereby amended to reflect the accurate totals from the billing statements attached to the Initial Fee Application, hereby awarding $13,700 in attorney's fees and $286.73 in expenses for a total amount of $13,986.73 to WM Law, with authorization for WM Law to first apply any fees held in trust to satisfy this Order.

**IT IS SO ORDERED.**

### ###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062

Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR & DEBTOR-IN-POSSESSION