**SO ORDERED.**

**SIGNED this 8th day of January, 2024.**



_Dale L. Somers_
Dale L. Somers
United States Chief Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| In re: | DAVID BRIAN MILLER, | ) | Case No. 23-20725-DLS |
| | Debtor and Debtor-in-Possession | ) | Chapter 11 (Voluntary), Subchapter V |

### ORDER GRANTING INITIAL FEE APPLICATION OF WM LAW, FOR ALLOWANCE OF COMPENSATION INCURRED AS ATTORNEYS FROM JUNE 28, 2023 THROUGH NOVEMBER 30, 2023 IN AMOUNT OF $12,760 AND REIMBURSEMENT OF EXPENSES IN THE AMOUNT OF $136.73 FOR A TOTAL AMOUNT OF $12,896.73 (DOC. #83)

On **12/6/2023,** the above-captioned Debtor and Debtor-in-Possession (hereinafter the "Debtor") filed **Document No. 83,** the Initial Fee Application of WM Law (the "Application"). The Court finds that the Application, with no objection filed and no hearing held, is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that the Application is granted, hereby awarding $12,760 in attorney's fees and $136.73 in expenses for a total amount of $12,896.73 to WM Law, with authorization for WM Law to first apply any fees held in trust to satisfy this Order.

**IT IS SO ORDERED.**

###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com

ATTORNEY FOR DEBTOR & DEBTOR-IN-POSSESSION

In re:  Case No. 23-20725-DLS

David Brian Miller  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: pdf020 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2024:**

**Recip ID**      **Recipient Name and Address**
db      David Brian Miller, 13124 Meadow Lane, Leawood, KS 66209-1941

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Austin B Hayden
     on behalf of Creditor MarksNelson  LLC ahayden@phwjlaw.com, gpappas@phwjlaw.com

Beverly M Weber
     on behalf of Creditor Armstrong Teasdale LLP bweber@atllp.com  SRatliff@atllp.com

Hugh L. Marshall
     on behalf of Creditor David L. Miller hmarshall@mcdowellrice.com

Hugh L. Marshall
     on behalf of Creditor Highland Park Investments  Inc. hmarshall@mcdowellrice.com

John Nemecek
     on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov

Jordan M Sickman
     on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov

Kent L Adams
     kadams27@cox.net

Michael P. Gaughan
     on behalf of Creditor Mazuma Credit Union c/o Michael P Gaughan mgaughan@lewisricekc.com  vlbates@lewisricekc.com

District/off: 1083-2

Date Rcvd: Jan 09, 2024

User: admin

Form ID: pdf020

Page 2 of 2

Total Noticed: 1

Richard A Kear

on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov

Ryan A Blay

on behalf of Debtor David Brian Miller blay@wagonergroup.com
bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

U.S. Trustee

ustpregion20.wi.ecf@usdoj.gov

TOTAL: 11