**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DITRICT OF KANSAS – KANSAS CITY DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 23-20725-DLS** |
| **DAVID BRIAN MILLER,** | ) | **Chapter 11 (voluntary)** |
| Debtor and Debtor-In-Possession. | ) | **Subchapter V** |

**SECOND INTERIM FEE APPLICATION OF WM LAW, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FROM DECEMBER 1, 2023, THROUGH JULY 31, 2024**

Pursuant to 11 U.S.C. §330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of WM Law applies to this Court for an order authorizing the reasonable compensation for professional legal services rendered as counsel to David Brian Miller, the Debtor and Debtor-in-Possession herein (the "Debtor"), in the amount of $16,937.50 and reimbursement of expenses in the amount of $644.39 for a total amount of $17,581.89 incurred from December 1, 2023 through July 31, 2024, and authorizing the immediate payment of said legal fees and expenses in accordance with Title 11 of the United States Code.  In support of this Application, WM Law respectfully states as follows:

**BACKGROUND**

1.      Debtor filed a voluntary petition under Subchapter V, Chapter 11 of Title 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") on June 28, 2023 (the "Petition Date").

2.      WM Law was employed under a general retainer to represent Debtor as bankruptcy counsel in connection with this Chapter 11 case.  On July 26, 2023, this Court entered an order approving the Debtor's Application to Employ WM Law as Counsel. (Doc. #25).

3.      WM Law's representation of Debtor is upon the fee basis set forward in the engagement letter - at the rate of $300.00 per hour for services by WM Law's attorneys and $125 per hour for paralegals.

4.      As of the filing of this Application, WM Law is holding the remaining unapplied pre-filing balance of $10,503.17 in trust and would seek to apply this first to any fees and expenses approved under this motion.  The funds in trust came from the remaining pre-petition retainer of the debtor as well as $7,363 from a check from  Krigel & Krigel, P.C. for $7,363 refunding a deposit and directed into the trust account of the Debtor at WM Law.  These funds would cover most of the requested payments under this application.

5.      All services for which compensation is requested by WM Law were performed for or on behalf of the Debtor and were necessary for the proper administration of the bankruptcy estate.

**SUMMARY OF SERVICES RENDERED**

**6.** Attached hereto as **Exhibit A** are itemized billing statements of fees and expenses incurred by WM Law showing the total amount of $16,937.50 in attorney's fees and $644.39 in expenses for fees incurred from December 1, 2023, through July 31, 2024. A Narrative Summary of legal services provided to the Debtor during this bankruptcy case is attached hereto as **Exhibit B.**

**VALUATION OF SERVICES**

7. Attorneys and paraprofessionals of WM Law have expended a total of 61.3 hours in connection with this matter from December 1, 2023, through July 31, 2024, as fully set forth in the Summary Sheet attached hereto as **Exhibit C.** The Summary Sheet shows WM Law's normal hourly rates of compensation for work of this nature, as well as the reasonable value of services rendered by WM Law as counsel for Debtor from December 1, 2023, through July 31, 2024, in the amount of $16,937.50 in attorney's fees and $644.39 in expenses.

8. In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given: (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

**CASE STATUS**

9. No compensation has been shared by WM Law with any person, and no agreement or understanding exists between the applicant and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

10. The source of compensation sought is from the income and assets of the bankruptcy estate.

11. The Debtor's First Amended Chapter 11, Subchapter V Plan of Reorganization was filed with this Court on March 29, 2024 as Docket #127. Due to objections raised by the office of the United States Trustee, a second amended plan was filed on July 15, 2024.

12. The Debtor is current with Monthly Operating Reports through the report due for July 2024.

13. WM Law certifies that it has provided a copy of this Application to Debtor for its review and approval, including a copy of the itemized billing statements for all legal fees and expenses incurred by WM Law from J December 1, 2023 through July 31, 2024, in the amount of $16,937.50 and reimbursement of expenses in the amount of $644.39 for a total amount of $17,581.89 attached hereto as Exhibit A, for his review.

**WHEREFORE**, WM Law seeks approval of legal fees in the amount of $16,937.50 and reimbursement of expenses in the amount of $644.39 for a total amount of $17,581.89 incurred from

December 1, 2023 through July 31, 2024, and authorization to apply first the funds held in trust, per 11 U.S.C.

Dated: July 5, 2024

Respectfully submitted,
WM Law

/s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR, DAVID BRIAN MILLER

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON APPLICATION

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above Motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **September 19, 2024,** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **151**, Kansas City, Kansas 66101, on **October 24, 2024 at 1:46 pm.**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2024, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

 **[See attached mailing matrix]**

s/ Ryan A. Blay

3

| Name and Address | David B. Miller<br>13124 Meadow Lane<br>Leawood, KS 66209 | **341 Info:  July 28th, 2023 at 10 AM with United States Trustee**<br><br>877-414-6412<br>Access Code 6663816# |
|---|---|---|
| Phone Numbers | 913-954-0157 | **Link to Plans:** |
| E-mail addresses | kcreinvestor@yahoo.com | |
| Case No. / Info | 23-20725-11 | |
| Date Filed | 6/28/2023 | |
| Attorney/Location | RAB/K11/Olathe | |

| **Judge/Trustee** | <mark>Somers</mark><br>Office of the United States Trustee<br>301 N. Main St.<br>Suite 1150<br>Wichita, KS 67202<br>(316) 269-6637<br>(316) 269-6182 (fax)<br>**ustpregion20.wi.ecf@usdoj.gov** | **Document needs:**<br><br>**2021 tax returns**<br>**2022 tax returns (when prepared)**<br><br>**Bank statements – we have CACU printout through May**<br>**need statements monthly? + savings account + Venmo/Paypal**<br><br>**Motion to employ WM Law**<br>**Motion to employ CPA**<br>**Motion to employ state court counsel?**<br><br>**Notification when filed on**<br>**2022-CV-000785 Wyandotte County)**<br>**23LA04330 (Johnson County)**<br>**23CV00117 (Johnson County)**<br>**+ counsel McDowell Rice for all 3** |

**Billing / Personnel Key:**

**"RAB" = Ryan A. Blay, attorney ($300 per hour)**
**""RMG" = Ryan M. Graham, attorney ($300 per hour)**
**"CW" = Chelsea Williamson, attorney ($300 per hour)**
**"JLW" = Jeffrey L. Wagoner, attorney ($300 per hour)**
**"EPS" = Errin P. Stowell, attorney ($300 per hour)**

**"DS" = Doug Sisson, paralegal ($125 per hour)**
**"AB" = Ana Van Noy, paralegal ($125 per hour)**
**"BH" = Betsy Hayman, paralegal ($125 per hour)**

| Date | Who | Issue | Notes: | Hours | Rate (Atty $300 / Para $125) | Line Total |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| 12/4/2023 | RAB | Meeting with David | Discussion of confirmation/objection to claim and how to address for January confirmation hearing | .6 | $300 | $180 |
|---|---|---|---|---|---|---|
| 12/4/2023 | DS | Balloting | Drafted Ballot Summary and Ballots. Served Notice/Plan, and Ballots. Filed COS of the same. | 4.5 | $125 | $562.50 |
| 12/4/2023 | DS | Case Expense | Cost of service of Plan, Notice and Ballots: $9.20 ECF/PACER Fees $144.18 Postage and Copy costs | 0.0 | 0.0 | $153.38 |
| 12/5/2023 | RAB | Call to Hugh Marshall | Discussed proposed resolution to claim objection and treatment in plan for David L. Miller claim re contract for deed (.5)<br><br>Afterwards, e-mailed client and subchapter V trustee for update on discussion (.2) | .7 | $300 | $210 |
| 12/6/2023 | RAB | Fee application | Work on fee application through November 2023 | 1.0 | $300 | $300 |
| 12/6/2023 | RAB | Counterproposal from David L. Miller | Reviewed offer and forwarded it to client for review | .4 | $300 | $120 |
| 12/7/2023 | RAB | e-mail with opposing counsel | Provided further details for proposed resolution to claim objection (and anticipated objection to confirmation of plan) | .5 | $300 | $150 |
| 12/8/2023 | RAB | Call with client | Discussion of voicemail from creditor | .4 | $300 | $120 |
| 12/20/2023 | RAB | Call with Lynn Judkins on case | (1) Summary of status of confirmation | .4 | $300 | $120 |
| 12/21/2023 | RAB | Call with client | Discussion of client questions and confirmation challenges | .5 | $300 | $150 |
| 12/21/2023 | RAB | Monthly operating report | Reviewed bank statements, prepared monthly operating report for signature for November 2023 | .5 | $300 | $150 |
| 12/21/2023 | DS | Added Creditors | Drafted, filed, and served pleadings adding creditors to case.<br>Filed MOR for November. Msg to RAB I think the October MOR still needs to be filed.<br>Paid Court Filing Fee to add creditors | .8 | $125 | $100 |
| 12/21/2023 | DS | Case Expense | Court Filing Fee to add creditors = $34 | 0.0 | 0.0 | $34.00 |
| 12/27/2023 | RAB | e-mail to US Trustee | Received and forwarded Venmo transactions to US Trustee's objection after review | .4 | $300 | $120 |
| | | | All above transferred to billing | | | 0 |
| 1/4/2024 | RAB | US Trustee objection to confirmation of plan | Reviewed objection to confirmation | .5 | $300 | $150 |
| 1/4/2024 | RAB | e-mail to client | e-mail to prepare for 1/11 confirmation hearing | .3 | $300 | $90 |
| 1/4/2024 | RAB | e-mail to US Trustee's office | Discussion of any proposed resolution to objection to confirmation | .4 | $300 | $120 |
| 1/5/2024 | RAB | Call with Kent Adams | Discussion of US Trustee objection to confirmation | .5 | $300 | $150 |
| 1/8/2024 | DS | Ballor Summary | Prepared and filed Ballot Summary in Initial Plan (majority rejecting). | .6 | $125 | $75 |
| 1/10/2024 | RAB | Meeting with David | We met and went over the plan and objections. We called Kent Adams, Sub V Trustee and John Nemecek at US Trustee and prepared for tomorrow's hearing. I filed August bank statements as an exhibit for the August MOR. | 1.0 | $300 | $300 |
| 1/10/2024 | RAB | Preparation | Preparation for confirmation hearing | 1.5 | $300 | $450 |
| 1/16/2024 | RAB | Draft for Friday hearing | Drafted statement of issues in anticipation of 1/19 hearing in-person | 1.0 | $300 | $300 |
| 1/16/2024 | RAB | Motion to withdraw as counsel | Reviewed motion and emailed opposing counsel | .5 | $300 | $150 |

| 1/17/2024 | RAB | Opposition to motion to withdraw as counsel | Drafted objection for filing | .7 | $300 | $210 |
|---|---|---|---|---|---|---|
| 1/19/2024 | RAB | Hearing | Hearing on Mr. Marshall's motion to withdraw as counsel and status on confirmation | .4 | $300 | $120 |
| 1/24/2024 | PW | Check into Trust | We received check 5843 from Krigel & Krigel for $7,363 that we are depositing into trust. I gave a copy of the check to JLW & I added to the billing file. PDF the check PW | | | 0 |
| | | | All above transferred to billing | | | 0 |
| 2/2/2024 | PW | Check question | Mr. Miller emailed asking if we received the check from Kriegel's office. I responded that we did and attached a copy of the check to the email | | | 0 |
| 2/8/2024 | RAB | Call with Sub V Trustee Kent Adams | Discussed possibility of mediation. I will provide contact information for Mr. Miller's father and Kent will reach out to him | .5 | $300 | $150 |
| 2/8/2024 | RAB | Call with David Miller | Discussion of mediation and need for January bank statements for MORs | .5 | $300 | $150 |
| 2/9/2024 | RAB | David Miller (sr) information | e-mailed to Kent Adams | .2 | $300 | $60 |
| 2/15/2024 | RAB | Call with Kent Adams | Father is interested in proposal to resolve objections | .5 | $300 | $150 |
| 2/22/2024 | RAB | e-mail to client | Discussion of thoughts to resolve creditor objections and work on new plan | .6 | $300 | $180 |
| 2/23/2024 | RAB | Call with Kent Adams | Discussion of proposal to make to debtor's father and US trustee issues with plan | .4 | $300 | $120 |
| 2/23/2024 | RAB | e-mails with client | Arranging time to put together proposal for father and discuss US Trustee concerns | .3 | $300 | $90 |
| 2/29/2024 | RAB | Meeting with client | Prepared operating reports for January 2024 and December 2023, worked on 1st amended chapter 11 plan | 1.5 | $300 | $450 |
| | | | All above transferred to billing | | | 0 |
| 3/5/2024 | RAB | Call with Kent Adams | Discussion of proposed plan changes | .7 | $300 | $210 |
| 3/8/2024 | RAB | Call with Kent Adams | Discussion of proposed interest rate on father's claims and resolution of objections | .5 | $300 | $150 |
| 3/10/2024 | RAB | e-mail from client | Discussion with client regarding interest rate on father's trust's claim | .4 | $300 | $120 |
| 3/12/2024 | RAB | Call with client | Agreement in place to resolve father's objection | .5 | $300 | $150 |
| 3/12/2024 | RAB | e-mail to US Trustee and Subchapter V trustee | Discussion of proposal to reballot new plan | .7 | $300 | $210 |
| 3/14/2024 | RAB | Hearing in court | Attended hearing on status, set date for amended plan to be filed | .8 | $300 | $240 |
| 3/19/2024 | RAB | Order on confirmation of plan and claim objection | Drafted and sent for approval to Sub V Trustee and US Trustee | .9 | $300 | $270 |
| 3/27/2024 | RAB | Updated balances on vehicles | Reviewed in connection with amended plan | .5 | $300 | $150 |
| 3/28/2024 | RAB | Monthly operating report for Feb. 2024 | Drafted and e-mailed to client for review | 1.0 | $300 | $300 |
| 3/28/2024 | RAB | Plan drafting | Drafting amended plan and cash flow projections | 5.0 | $300 | $1500 |
| 3/29/2024 | RAB | Plan | Made final revisions to plan and cash flow, e-mailed to client and Subchapter V trustee for review | 3.0 | $300 | $900 |
| | | | All above transferred to Billing | | | |

| 4/3/2024 | RAB | Motion for scheduling order | Drafted motion to court for scheduling order on amended plan and requesting cancellation of April 11th status conference | .5 | $300 | $150 |
|---|---|---|---|---|---|---|
| 4/4/2024 | RAB | Order on motion for scheduling order | Received approval of dates from Court and prepared order approving the scheduling order | .5 | $300 | $150 |
| 4/4/2024 | RAB | Call to David L. Miller (debtor's father) | Left voicemail pursuant to court's instructions that April 11th, 1:46 pm status conference is cancelled | .4 | $300 | $120 |
| 4/5/2024 | RAB | February 2024 operating report | Reviewed and prepared for filing | .4 | $300 | $120 |
| 4/5/2024 | RAB | Notice re amended plan | Drafted notice based on scheduling order of the court | .4 | $300 | $120 |
| 4/8/2024 | RAB | Call with Sub V Trustee | Call regarding plan | .4 | $300 | $120 |
| 4/11/2024 | DS | Plan, Notice and Ballots | Drafted Ballots on 1st Amended Plan<br>Drafted Ballot Summary on 1st Amended Plan<br>Drafted COS on 1st Amended Plan, Notice, and Ballots, and filed.<br>Served Plan, Notice, and Ballots | 1.6 | $125 | $200 |
| 4/11/2024 | DS | Case Expense | $0.64 * 21 Ballots = $13.44 + $63.02 postage of Plan and Notice | 0.0 | $0.0 | $76.46 |
| | | | All above transferred to billing | | | 0 |
| 5/3/2024 | RAB | Correspondence with Kent Adams, Sub V Trustee, regarding concerns of David Miller, creditor | Requested he contact Mr. Miller the creditor to see if plan is sufficient | .5 | $300 | $150 |
| 5/9/2024 | RAB | Correspondence from client | Reviewed repeated voicemails from Mr. Miller (creditor) and examined possible stay violations | .5 | $300 | $150 |
| 5/13/2024 | RAB | MORs | Drafted March and April 2024 MORs and sent to client for signature and review | 1.3 | $300 | $390 |
| 5/13/2024 | RAB | Correspondence with Mr. Miller (creditor) | e-mailed Highland ballot and inquired whether he needed ballot for trust e-mailed to him | .5 | $300 | $150 |
| 5/13/2024 | RAB | Correspondence with Sub V Trustee | Mr. Adams advised me of conversation with Mr. Miller (creditor) and possible concerns of US Trustee with plan. Emailed to arrange time to speak further | .5 | $300 | $150 |
| 5/13/2024 | DS | Father David L. Miller | He called and needs a copy of the Plan. His email is Davidmiller3363@gmail.com<br>913-961-0593<br>Email to RAB/AB. | .5 | $125 | $62.50 |
| 5/14/2024 | DS | " " | Father called again wanting to leave a VM for RAB warned him we don't really check VM's. asked if he can email, but he said he is 86 y/o and dyslexic..<br>Asking him what he was trying to achieve? He needs to know when our client will start paying his client, and then he will "approve" of the Plan. Told him I'd email RAB this note. | .3 | $125 | $37.50 |
| 5/14/2024 | RAB | Call with Kent Adams, Sub V Trustee | Discussion of potential US Trustee objections to plan and discussions with father on plan language | .7 | $300 | $210 |
| 5/17/2024 | RAB | Cal with David Miller | Discussion of updated insurance info, need for support for plan | .5 | $300 | $150 |
| 5/23/2024 | RAB | Insurance | Received request for updated insurance – reached out to client to satisfy US Trustee requests | .5 | $300 | $150 |

| Date | Initials | Subject | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/30/2024 | RAB | Insurance | Received insurance info from Mr. Miller's agent – reviewed and forwarded it to US trustee and Sub V Trustee | .4 | $300 | $120 |
| | | | All above transferred to billing | | | 0 |
| 6/5/2024 | RAB | Objection to confirmation of plan | Review objection filed by US Trustee's office | .5 | $300 | $150 |
| 6/5/2024 | RAB | Objection to confirmation of plan | e-mailed US Trustee to discuss proposed payment to general unsecured creditors to resolve trustee objection in part | .5 | $300 | $150 |
| 6/6/2024 | RAB | Call to client | Left message to request May bank statements and info on prospective Air B&B enterprise to address trustee's objection to confirmation | .5 | $300 | $150 |
| 6/12/2024 | RAB | Call with Kent Adams and John Nemecek at US Trustee's office | Discussion of confirmation objections | .5 | $300 | $150 |
| 6/12/2024 | RAB | Call to client | Discussion of US Trustee objection to confirmation and plans to move forward with new plan | .5 | $300 | $150 |
| 6/12/2024 | RAB | e-mail to courtroom deputies | Request to appear by phone for Thursday's scheduled confirmation hearing at 1:46pm | .4 | $300 | $120 |
| 6/13/2024 | RAB | Status conference with Court re plan | Plan to be filed by July 12 | .5 | $300 | $150 |
| 6/13/2024 | RAB | Order re status conference | Drafted order | .3 | $300 | $90 |
| | | | All above transferred to billing | | | 0 |
| 7/1/2024 | RAB | Client meeting | Met with client, discussed need for 2nd amended plan. During the meeting, called Subchapter V Trustee Kent Adams. Went over list of bank statements and other documents needed for cash flow projections | 1.0 | $300 | $300 |
| 7/5/2024 | RAB | MORs | Drafted May and June MORs for review and approval following review of bank statements | 1.5 | $300 | $450 |
| 7/9/2024 | RAB | Chapter 11 Plan | Drafted revised Chapter 11 plan and exhibits | 5.0 | $300 | $1500 |
| 7/12/2024 | RAB | Chapter 11 Plan | Final drafting of 2nd amended Chapter 11 plan | 3.0 | $300 | $900 |
| 7/17/2024 | RAB | Ballots | Reviewed ballots for 2nd amended plan and court order with deadlines | .5 | $300 | $150 |
| 7/24/2024 | AB | Case Expense | $0.69 * 21 Ballots = $14.49 + $323.60 postage of Plan and Notice | 0.0 | $0.0 | $338.09 |
| 7/29/2024 | MS | Call from Creditor | One of David's creditors, Gutter Supply, called and asked how they should go about securing the money they are owed. I told them that they should consult their own counsel | 0.0 | $0.0 | $0.0 |
| | | | | | | |
| | | | All above transferred to billing | | | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# EXHIBIT B

The Debtor made post-petition payments to Mazuma for his Camper and Boat.

# EXHIBIT C - Summary Sheet:  Attorney/Paralegal Time

Note:  Any instance in which more than one attorney worked on a particular matter has been assigned only to the primary attorney, thereby avoiding duplicate billing to the client.

Ryan A. Blay, Attorney.

Mr. Blay has over 16 years of bankruptcy experience and was the primary attorney on this matter, having previously worked on Chapter 11 and 12 cases.  He has spent 42 hours of time, from December 1, 2023 through June 30, 2024, working on every aspect of the case from start to the present.

Douglas Sisson, Paralegal.

Mr. Sisson has over 11 years' experience as a bankruptcy paralegal and is the primary paralegal on all complex reorganizations for the firm.  He spent 8.3 hours of billable time from December 1, 2023 through June 30, 2024