**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DITRICT OF KANSAS – KANSAS CITY DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 23-20725-DLS** |
| **DAVID BRIAN MILLER,** | ) | **Chapter 11 (voluntary)** |
| **Debtor and Debtor-In-Possession.** | ) | **Subchapter V** |

**SECOND INTERIM FEE APPLICATION OF WM LAW, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS
FROM DECEMBER 1, 2023, THROUGH JULY 31, 2024**

Pursuant to 11 U.S.C. §330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of WM Law applies to this Court for an order authorizing the reasonable compensation for professional legal services rendered as counsel to David Brian Miller, the Debtor and Debtor-in-Possession herein (the "Debtor"), in the amount of $16,937.50 and reimbursement of expenses in the amount of $644.39 for a total amount of $17,581.89 incurred from December 1, 2023 through July 31, 2024, and authorizing the immediate payment of said legal fees and expenses in accordance with Title 11 of the United States Code.  In support of this Application, WM Law respectfully states as follows:

**BACKGROUND**

1. Debtor filed a voluntary petition under Subchapter V, Chapter 11 of Title 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") on June 28, 2023 (the "Petition Date").

2. WM Law was employed under a general retainer to represent Debtor as bankruptcy counsel in connection with this Chapter 11 case.  On July 26, 2023, this Court entered an order approving the Debtor's Application to Employ WM Law as Counsel. (Doc. #25).

3. WM Law's representation of Debtor is upon the fee basis set forward in the engagement letter - at the rate of $300.00 per hour for services by WM Law's attorneys and $125 per hour for paralegals.

4. As of the filing of this Application, WM Law is holding the remaining unapplied pre-filing balance of $10,503.17 in trust and would seek to apply this first to any fees and expenses approved under this motion.  The funds in trust came from the remaining pre-petition retainer of the debtor as well as $7,363 from a check from  Krigel & Krigel, P.C. for $7,363 refunding a deposit and directed into the trust account of the Debtor at WM Law.  These funds would cover most of the requested payments under this application.

5. All services for which compensation is requested by WM Law were performed for or on behalf of the Debtor and were necessary for the proper administration of the bankruptcy estate.

1

<strong>SUMMARY OF SERVICES RENDERED</strong>

**6.** Attached hereto as **Exhibit A** are itemized billing statements of fees and expenses incurred by WM Law showing the total amount of $16,937.50 in attorney's fees and $644.39 in expenses for fees incurred from December 1, 2023, through July 31, 2024.  A Narrative Summary of legal services provided to the Debtor during this bankruptcy case is attached hereto as **Exhibit B.**

<strong>VALUATION OF SERVICES</strong>

7. Attorneys and paraprofessionals of WM Law have expended a total of 61.3 hours in connection with this matter from December 1, 2023, through July 31, 2024, as fully set forth in the Summary Sheet attached hereto as **Exhibit C.**  The Summary Sheet shows WM Law's normal hourly rates of compensation for work of this nature, as well as the reasonable value of services rendered by WM Law as counsel for Debtor from December 1, 2023, through July 31, 2024, in the amount of $16,937.50 in attorney's fees and $644.39 in expenses.

8. In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given: (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

<strong>CASE STATUS</strong>

9. No compensation has been shared by WM Law with any person, and no agreement or understanding exists between the applicant and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

10. The source of compensation sought is from the income and assets of the bankruptcy estate.

11. The Debtor's First Amended Chapter 11, Subchapter V Plan of Reorganization was filed with this Court on March 29, 2024 as Docket #127.  Due to objections raised by the office of the United States Trustee, a second amended plan was filed on July 15, 2024.

12. The Debtor is current with Monthly Operating Reports through the report due for July 2024.

13. WM Law certifies that it has provided a copy of this Application to Debtor for its review and approval, including a copy of the itemized billing statements for all legal fees and expenses incurred by WM Law from J December 1, 2023 through July 31, 2024, in the amount of $16,937.50 and reimbursement of expenses in the amount of $644.39 for a total amount of $17,581.89 attached hereto as Exhibit A, for his review.

**WHEREFORE**, WM Law seeks approval of legal fees in the amount of $16,937.50 and reimbursement of expenses in the amount of $644.39 for a total amount of $17,581.89 incurred from

December 1, 2023 through July 31, 2024, and authorization to apply first the funds held in trust, per 11 U.S.C.

Dated: July 5, 2024       Respectfully submitted,
WM Law

/s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR, DAVID BRIAN MILLER

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON APPLICATION

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above Motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **September 19, 2024,** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **151**, Kansas City, Kansas 66101, on **October 24, 2024 at 1:46 pm.**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2024, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

**[See attached mailing matrix]**

s/ Ryan A. Blay

Label Matrix for local noticing
1083-2
Case 23-20725
District of Kansas
Kansas City
Tue Sep  5 13:04:05 CDT 2023

MarksNelson, LLC
c/o PHWJ PC
attn: Austin B. Hayden
7500 W. 110th St., Suite 110
Overland Park, KS 66210-2476

Anytime Fitness
13154 State Line Road
Leawood KS 66209-1708

Armstrong Teasdale
2345 Grand Blvd, Ste. 1500
Kansas City MO 64108-2617

Armstrong Teasdale LLP
Armstrong Teasdale LLP, Attn: Bev Weber
2345 Grand Blvd.
Suite 1500
Kansas City, MO 64108-2617

Avant/Webbank
222 Merchandise Mart Plaza
Ste. 900
Chicago IL 60654-1105

CREDIT ONE BANK
6801 S. CIMARRON ROAD
Las Vegas NV 89113-2273

Capital One
PO Box 31293
Salt Lake City UT 84131-0293

Capital One NA
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

CommunityAmerica CU
11125 Ambassador Drive
Ste. 100
Kansas City MO 64153-2033

CommunityAmerica CU
9777 Ridge Dr
Lenexa KS 66219-9746

CommunityAmerica CU
PO Box 15950
Lenexa KS 66285-5950

Credit One Bank
PO Box 98873
Las Vegas NV 89193-8873

DALP Investments, Inc.
13124 Meadow Lane
c/o David Miller
Leawood KS 66209-1941

David L. Miller, Trustee of
The David L. Miller Revocable
Trust  2/26/1996
2106 N 114th Terr
Kansas City KS 66109-7504

Discover Bank
Discover Products Inc
PO Box 3025
New Albany OH  430543025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

FIRST PREMIER
3820 N Louise Ave
Sioux Falls SD 57107-0145

GREENBRIER HOMES ASSOCIATION
c/o Centennial Management Co
8845 Bond St
Overland Park KS 66214-1774

Highland Park Investments, Inc.
co Hugh L Marshall
605 W 47th Street Suite 350
Kansas City MO 64112-1912

Higland Park Investments, Inc.
co Hugh L Marshall
605 W 47th Street Suite 350
Kansas City MO 64112-1912

Hopkins Management
235 Westgate Dr.
Union City TN 38261-3058

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Kansas Child Support Enforceme
Attn:  Bankruptcy
500 Van Buren
Topeka KS 66603-3335

Kansas Child Support Enforceme
Attn:  Bankruptcy
915 SW Harrison Street
Topeka KS 66612-1505

MarksNelson
6800 W. 115th St.
#3511
Leawood KS 66211-2484

Mazuma Credit Union
7260 W 135th St
Overland Park KS 66223-1258

Mazuma Credit Union
9300 Troost Ave
Kansas City MO 64131-3008

| | | |
|---|---|---|
| McDowell Rice Smith & Buchanan<br>605 W 47th Street<br>Ste. 350<br>Kansas City MO 64112-1900 | McDowell, Rice, Smith & Buchan<br>Attn: Hugh L Marshall<br>605 W. 47th St, Suite 350<br>Kansas City MO 64112-1900 | (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 |
| Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Premier Properties LLC<br>c/o Martin, Leigh, Laws &<br>Fritzlen, PC, registered agent<br>6800 W. 68th St.<br>Mission KS 66202 | Royal Seamless Gutter Inc.<br>434 NW Business Park Lane<br>Riverside MO 64150 |
| SPECTRA METAL SALES, INC.<br>6104 Boat Rock Boulevard<br>Atlanta, GA 30336-2706 | SYNCB/SAM'S club<br>4125 Windward plaza<br>Alpharetta GA 30005-8738 | Schilling Law, LLC<br>1321 Central Ave.<br>Kansas City KS 66102-5029 |
| Spectra Metal<br>6104 Boat Rock Blvd SW<br>Atlanta GA 30336-2706 | Sprectra Metal<br>218 E 11th Ave<br>North Kansas City MO 64116-4137 | St. Luke's Hospital of Kansas<br>4401 Wornall Road<br>attn: billing<br>Kansas City MO 64111-3241 |
| Syncb/Venmo<br>4125 Windward Plaza<br>Alpharetta GA 30005-8738 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 | TBOM/ASPIRE<br>PO BOX 105555<br>SW 1340<br>Atlanta GA 30348-5555 |
| TBOM/ASPIRE MC<br>5 CONCOURSE PARKWAY<br>Atlanta GA 30328-5350 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | Wanda Miller<br>15317 Robinson St.<br>Overland Park KS 66223-2843 |
| David Brian Miller<br>13124 Meadow Lane<br>Leawood, KS 66209-1941 | David L. Miller<br>McDowell Rice Smith & Buchanan<br>c/o Hugh Marshall<br>605 W 47th Street<br>Ste 350<br>Kansas City, MO 64112-1900 | Kent L Adams<br>2861 N Tee Time Ct<br>Wichita, KS 67205-1629 |
| Ryan A Blay<br>WM Law<br>15095 W 116th St<br>Olathe, KS 66062-1098 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Bank<br>PO Box 15316<br>Wilmington DE 19850-5316 | JPMCB - Card Services<br>301 N Walnut St, Floor 09<br>Wilmington DE 19801-3935 | Mission Lane Tab Bank<br>101 2nd Street, Ste 350<br>San Francisco CA 94105 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)MarksNelson, LLC | (u)Name,Address1,Address2,Address3,City,State | End of Label Matrix | |
|---|---|---|---|
| c/o PHWJ PC, attn: Austin B. Hayden | Schilling Law, LLC,1321 Central Ave.,,,K | Mailable recipients | 51 |
| 7500 W. 110th St., Suite 110 | | Bypassed recipients | 2 |
| Overland Park, KS 66210-2476 | | Total | 53 |