**SO ORDERED.**

**SIGNED this 23rd day of September, 2024.**



_Dale L. Somers_

Dale L. Somers
United States Chief Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| In re: | DAVID BRIAN MILLER, | ) | Case No. 23-20725-DLS |
| | Debtor and Debtor-in-Possession | ) | Chapter 11 (Voluntary), Subchapter V |

**ORDER GRANTING SECOND INTERIM FEE APPLICATION OF WM LAW, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FROM DECEMBER 1, 2023, THROUGH JULY 31, 2024, (DOC. #148)**

On **8/29/2024,** the above-captioned Debtor and Debtor-in-Possession (hereinafter the "Debtor") filed **Document No. 148,** the Second Fee Application of WM Law (the "Application"). The Court finds that the Application, with no objection filed and no hearing held, is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that the Application is granted, hereby awarding $16,937.50 in attorney's fees and $644.39 in expenses for a total amount of $17,581.89 to WM Law, with authorization for WM Law to first apply any fees held in trust to satisfy this Order.

**IT IS SO ORDERED.**

###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay_____
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR & DEBTOR-IN-POSSESSION