**SO ORDERED.**

**SIGNED this 23rd day of September, 2024.**



_Dale L. Somers_
Dale L. Somers
United States Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| In re: | DAVID BRIAN MILLER, | ) | Case No. 23-20725-DLS |
| | Debtor and Debtor-in-Possession | ) | Chapter 11 (Voluntary), Subchapter V |

### ORDER GRANTING SECOND INTERIM FEE APPLICATION OF WM LAW, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FROM DECEMBER 1, 2023, THROUGH JULY 31, 2024, (DOC. #148)

On **8/29/2024,** the above-captioned Debtor and Debtor-in-Possession (hereinafter the "Debtor") filed **Document No. 148,** the Second Fee Application of WM Law (the "Application"). The Court finds that the Application, with no objection filed and no hearing held, is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that the Application is granted, hereby awarding $16,937.50 in attorney's fees and $644.39 in expenses for a total amount of $17,581.89 to WM Law, with authorization for WM Law to first apply any fees held in trust to satisfy this Order.

**IT IS SO ORDERED.**

###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR & DEBTOR-IN-POSSESSION

United States Bankruptcy Court

District of Kansas

In re:

David Brian Miller

    Debtor

Case No. 23-20725-DLS

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 23, 2024 | Form ID: pdf020 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | David Brian Miller, 13124 Meadow Lane, Leawood, KS 66209-1941 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2024        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Austin B Hayden | on behalf of Creditor MarksNelson  LLC ahayden@phwjlaw.com, gpappas@phwjlaw.com |
| Beverly M Weber | on behalf of Creditor Armstrong Teasdale LLP bweber@atllp.com  SRatliff@atllp.com |
| John Nemecek | on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov |
| Jordan M Sickman | on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov |
| Kent L Adams | kadams27@cox.net |
| Michael P. Gaughan | on behalf of Creditor Mazuma Credit Union c/o Michael P Gaughan mgaughan@lewisricekc.com  vlbates@lewisricekc.com |
| Richard A Kear | on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov |
| Ryan A Blay | on behalf of Debtor David Brian Miller blay@wagonergroup.com |

bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

U.S. Trustee

ustpregion20.wi.ecf@usdoj.gov

TOTAL: 9