**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In re: DAVID BRIAN MILLER. ) CASE NO. 23-20725
Debtor ) Chapter: 11

**NOTICE OF SUBSTANTIAL CONSUMMATION**

Pursuant to 11 U.S.C. §1183(c)(2), Debtor, David Brian Miller (herein, "the Debtor") hereby provides this Notice of Substantial Consummation.

Debtor has commenced distributions under the plan and has assumed management of all or substantially all of the property dealt with by the plan.

Dated: October 2, 2023

Respectfully submitted,
WM Law

/s/ Ryan A. Blay

Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR DAVID BRIAN MILLER.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2025, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

**[See attached mailing matrix]**

s/ Ryan A. Blay