Label Matrix for local noticing
1083-2
Case 23-20725
District of Kansas
Kansas City
Wed Feb 5 11:36:50 CST 2025

Armstrong Teasdale LLP
2345 Grand Boulevard
Suite 1500
Kansas City, MO 64108-2617

MarksNelson, LLC
c/o PHWJ PC
attn: Austin B. Hayden
7500 W. 110th St., Suite 110
Overland Park, KS 66210-2476

Mazuma Credit Union c/o Michael P Gaughan
10484 Marty St
Overland park, KS 66212-2559

Anytime Fitness
13154 State Line Road
Leawood KS 66209-1708

Armstrong Teasdale LLP
Armstrong Teasdale LLP, Attn: Bev Weber
2345 Grand Blvd.
Suite 1500
Kansas City, MO 64108-2617

Avant/Webbank
222 Merchandise Mart Plaza
Ste. 900
Chicago IL 60654-1105

CREDIT ONE BANK
6801 S. CIMARRON ROAD
Las Vegas NV 89113-2273

Capital One
PO Box 31293
Salt Lake City UT 84131-0293

Capital One NA
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

Capital One Trade Credit
PO Box 60506
City of Industry CA 91716-0506

Capital One/Menards
PO Box 30253
Salt Lake City UT 84130-0253

Capital One/Menards
PO Box 31293
Salt Lake City UT 84131-0293

CommunityAmerica CU
11125 Ambassador Drive
Ste. 100
Kansas City MO 64153-2033

CommunityAmerica CU
9777 Ridge Dr
Lenexa KS 66219-9746

CommunityAmerica CU
PO Box 15950
Lenexa KS 66285-5950

Credit One Bank
PO Box 98873
Las Vegas NV 89193-8873

DALP Investments, Inc.
13124 Meadow Lane
c/o David Miller
Leawood KS 66209-1941

David L. Miller Revocable Trust
c/o Hugh L. Marshall
605 W. 47th Street, Suite 350
Kansas City, MO 64112-1912

David L. Miller, Trustee of
The David L. Miller Revocable
Trust 2/26/1996
2106 N 114th Terr
Kansas City KS 66109-7504

Discover Bank
Discover Products Inc
PO Box 3025
New Albany OH 430543025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

FIRST PREMIER
3820 N Louise Ave
Sioux Falls SD 57107-0145

GREENBRIER HOMES ASSOCIATION
c/o Centennial Management Co
8845 Bond St
Overland Park KS 66214-1774

Gutter Supply Inc
935 Campus Dr
Mundelein IL 60060-3830

Highland Park Investments, Inc.
co Hugh L Marshall
605 W 47th Street Suite 350
Kansas City MO 64112-1912

Higland Park Investments, Inc.
co Hugh L Marshall
605 W 47th Street Suite 350
Kansas City MO 64112-1912

Hopkins Management
235 Westgate Dr.
Union City TN 38261-3058

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Kansas Child Support Enforceme
Attn: Bankruptcy
500 Van Buren
Topeka KS 66603-3335

Kansas Child Support Enforceme
Attn: Bankruptcy
915 SW Harrison Street
Topeka KS 66612-1505

Lowes
PO Box 530954
Atlanta GA 30353-0954

Lowes/Synchrony Bank
PO Box 965003
Orlando FL 32896-5003

MarksNelson
6800 W. 115th St.
#3511
Leawood KS 66211-2484

Mazuma Credit Union
7260 W 135th St
Overland Park KS 66223-1258

Mazuma Credit Union
9300 Troost Ave
Kansas City MO 64131-3008

McDowell Rice Smith & Buchanan
605 W 47th Street
Ste. 350
Kansas City MO 64112-1900

McDowell, Rice, Smith & Buchan
Attn: Hugh L Marshall
605 W. 47th St, Suite 350
Kansas City MO 64112-1900

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302-7999

Premier Properties LLC
c/o Martin, Leigh, Laws &
Fritzlen, PC, registered agent
6800 W. 68th St.
Mission KS 66202

Royal Seamless Gutter Inc.
434 NW Business Park Lane
Riverside MO 64150

SPECTRA METAL SALES, INC.
6104 Boat Rock Boulevard
Atlanta, GA 30336-2706

SYNCB/SAM'S club
4125 Windward plaza
Alpharetta GA 30005-8738

Schilling Law, LLC
1321 Central Ave.
Kansas City KS 66102-5029

Spectra Metal
6104 Boat Rock Blvd SW
Atlanta GA 30336-2706

Sprectra Metal
218 E 11th Ave
North Kansas City MO 64116-4137

St. Luke's Hospital of Kansas
4401 Wornall Road
attn: billing
Kansas City MO 64111-3241

Syncb/Venmo
4125 Windward Plaza
Alpharetta GA 30005-8738

Synchrony Bank
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

TBOM/ASPIRE
PO BOX 105555
SW 1340
Atlanta GA 30348-5555

TBOM/ASPIRE MC
5 CONCOURSE PARKWAY
Atlanta GA 30328-5350

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

Wanda Miller
15317 Robinson St.
Overland Park KS 66223-2843

David Brian Miller
13124 Meadow Lane
Leawood, KS 66209-1941

David L. Miller
McDowell Rice Smith & Buchanan
c/o Hugh Marshall
605 W 47th Street
Ste 350
Kansas City, MO 64112-1900

Kent L Adams
2861 N Tee Time Ct
Wichita, KS 67205-1629

Ryan A Blay
WM Law
15095 W 116th St
Olathe, KS 66062-1098

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Bank
PO Box 15316
Wilmington DE 19850-5316

JPMCB - Card Services
301 N Walnut St, Floor 09
Wilmington DE 19801-3935

Mission Lane Tab Bank
101 2nd Street, Ste 350
San Francisco CA 94105

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Highland Park Investments, Inc.

(d)Armstrong Teasdale
2345 Grand Blvd, Ste. 1500
Kansas City MO 64108-2617

(d)Armstrong Teasdale LLP
2345 Grand Blvd Ste 1500
Kansas City MO 64108-2617

(d)MarksNelson, LLC
c/o PHWJ PC, attn: Austin B. Hayden
7500 W. 110th St., Suite 110
Overland Park, KS 66210-2476

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 59 |
| Bypassed recipients | 4 |
| Total | 63 |