**United States Bankruptcy Court − District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 23−20725 Chapter: 11

In re:

David Brian Miller
13124 Meadow Lane
Leawood, KS 66209−1941

SSN: xxx−xx−9212

| Filed and Entered By The Court |
| --- |
| **7/2/25** David D. Zimmerman Clerk of Court US Bankruptcy Court |

## ORDER TO CORRECT DEFECTIVE DOCUMENT(S)

The following document was filed in this matter and is defective for the following reason(s):

***Doc. 180*** − Motion for Entry of Chapter 11 Discharge Pursuant to a Consensual Plan Confirmed Under 11 USC 1191(a) Filed on behalf of Debtor David Brian Miller, with Certificate of Service.(Blay, Ryan)

### Please file a Notice with Objection Deadline

The Court will take no further action and no hearing will be scheduled until the filer corrects the above−described deficiency.

The filer is ordered to correct all deficiencies listed above within fourteen (14) days of the date of this order. Failure to timely comply will result in this matter being set on the Court's show cause docket or denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 181 − 180

s/ Dale L. Somers
Judge, United States Bankruptcy Court