**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

| | | | |
|---|---|---|---|
| In re: DAVID BRIAN MILLER | | ) | Case No. 23-20725 |
| | | ) | |
| | Debtor | ) | Chapter: 11 (Subchapter V) |

**DEBTOR'S APPLICATION FOR FINAL DECREE**

Pursuant to LR 3022.1 of the Federal Rules of Bankruptcy Procedure, David B. Miller, the Debtor and Debtor-in-Possession herein (the "Debtor"), moves this Court for an Order of Final Decree. In support of this Application, the Debtor respectfully represents as follows:

**BACKGROUND**

1. Debtor filed a voluntary petition under Subchapter V, Chapter 11 of Title 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") on June 28, 2023 (the "Petition Date").

2. On November 27, 2024, this Court entered an order confirming the Debtor's Subchapter V Chapter 11 Plan of Reorganization (Doc. #172). The Plan did not require deposits to be distributed. Nor was property required to be transferred.

3. Payments to creditors have commenced and the debtor has assumed the management of the property dealt with by the Plan.

4. There are no pending motions, contested matters, or adversary proceedings. The Debtor does request that the Court retain jurisdiction over any future fee applications by the Debtor's counsel or any other administrative claims.

5. No fees were due under 28 U.S.C. §1930 because this is a Subchapter V case.

6. The Subchapter V trustee has applied for and been awarded his fees.

7. Unsecured creditors are expected to receive a dividend due to anticipated future disposable income of the debtor to be contributed to the Plan.

**WHEREFORE**, the Debtor moves this Court for an Order granting a final decree while retaining jurisdiction over any administrative expense claims, and for any other relief appropriate under the circumstances.

Dated: January 6, 2026

Respectfully submitted,
WM Law

/s/ Ryan A. Blay

Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON AMENDED APPLICATION

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above Motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **1/27/2026** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **144**, Kansas City, Kansas 66101, on **2/12/2026 at 1:30 p.m.**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2026, the foregoing was delivered via e-mail to the parties that are registered to receive electronic filings on ECF, as well as the United States Trustee.

s/ Ryan A. Blay